| | |
|---|---|
| **From:** | Richard LeFevre, PE <richard@lefevregroup.net> |
| **Sent:** | Tuesday, November 6, 2012 3:57 PM |
| **To:** | Llopez8121@aol.com |
| **Subject:** | proposal |
| **Attachments:** | 20121106161537114.pdf |

Hey,

we need to do this.  it will protect us. call me.

# Richard LeFevre, P.E.
## Principal



[www.lefevregroup.net](http://www.lefevregroup.net)

GOVERNMENT EXHIBIT 002



**LeFEVRE**
Environmental &
Management Consulting

612 Nolana, Suite 355
McAllen, Texas 78504
Tel. 956.661.8000
Fax. 956.661.8001

TEXAS REGISTERED ENGINEERING FIRM NO. F-11722

January 1, 2012

Mr. Leo Lopez
President
Lopez Consulting, Inc.
Rio Grande City, Texas 78582

Re:  **Marketing and Consulting Services to be provided to LeFevre Environmental & Management Consulting, LLC**

Mr. Lopez:

As per our conversation, the following is the proposal for marketing and consulting services for LEMC.  The scope entails the following:

**Marketing and Consulting Services**
**Lopez Consulting, Inc. shall provide the following:**

- Use of proprietary documents produced by LEMC to be marketed and used by other consulting firms/engineering firms at a rate described below.
- Marketing for LEMC for obtaining projects in the State of Texas.
- Consulting services that are addtional to those services described above.

The professional services that will be provided to LEMC proposal include, and are limited to, those described above.  Additional services that may be mutually agreed to will be on the basis of time and services expended and reimbursable expenses incurred.

**Fees for Services**

All fees shall be on a percentage and or mutually agreed upon:

Use of documents produced by LEMC to obtain projects shall be paid accordingly and will be mutually agreed upon on an as needed basis.

Payment shall be paid in full is due when mutually agreed upon and as services are provided and completed.

**Termination**

This Agreement may be terminated in whole or in part in writing by either party in the event of substantial failure by the other party to fulfill its obligations under this agreement through _no fault_ of the terminating party, provided that no such termination may be effected unless the other party is given not less than thirty (30) calendar days written notice (delivered by certified mail, return receipt requested) of intent to terminate this agreement before its expiration.

**Breach of Contract for Failure to Pay**

In the event the LEMC defaults in payment to Lopez Consulting, Inc, such default will constitute breach of contract.  The LEMC will have fourteen (14) days after such breach to rectify and pay

---

LeFevre Environmental & Management Consulting
612 Nolana
Water Tower Suite 350
McAllen, Texas  78504



**LeFEVRE**
Environmental &
Management Consulting

612 Nolana, Suite 355
McAllen, Texas 78504
Tel. 956.661.8000
Fax. 956.661.8001

TEXAS REGISTERED ENGINEERING FIRM NO. F-11722

any and all amounts owed. If the LEMC fails to pay Lopez Consulting, Inc., LEMC will be responsible for all expenses and attorney's fees associated with such failure to pay constituting breach of contract.

**Venue**

In the event any dispute arises related to this agreement, venue will be proper in Hidalgo County, Texas, the place of performance of such contract.

**Contract Terms and Law**

In the event any language in this agreement is found to be vague or ambiguous, such ambiguity will not void this agreement in its entirety. This agreement shall be construed under the law of the state of Texas.

AUTHORIZATION TO PROCEED:

If this Proposal meets with your approval we will consider your acceptance in the space provided below as our authorization to proceed with the work. We would appreciate receiving one signed copy of this Proposal for our files.

We appreciate the opportunity to work with Lopez Consulting, Inc and look forward to working with you on future projects.

Respectfully yours,

Richard LeFevre, BS, MS, PE
*LeFevre Environmental & Management Consulting*


ACCEPTED:    LOPEZ CONSULTING, INC

BY:    _____

TITLE: PRESIDENT

DATE: JANUARY 1, 2012