

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 1/21/2016 1:39:20 AM(UTC+0) |
| https://twitter.com/lorenzozazueta/status/689972349215600641 | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 1/25/2016 2:01:06 AM(UTC+0) |
| Does Luis have a list of foods for catering | | |
| Source Extraction: File System | | |

+19568673280 Leo Lopez — 1/27/2016 4:00:14 AM(UTC+0)

Attachments:

06E35EDF-3306-46AD-B971-CB6A5F54CEDE.PNG

Source Extraction: File System

+19562459365 Ricky Quintanilla — 1/27/2016 4:00:52 AM(UTC+0)

Hahahaha

Source Extraction: File System

+19568673280 Leo Lopez — 2/2/2016 10:18:02 PM(UTC+0)

Has he been paid

Source Extraction: File System

+19568673280 Leo Lopez — 2/2/2016 10:18:21 PM(UTC+0)

What % has CCI been paid,

Source Extraction: File System

+19568673280 Leo Lopez — 2/2/2016 10:18:41 PM(UTC+0)

What % has Briines been paid

Source Extraction: File System

+19568673280 Leo Lopez — 2/2/2016 10:19:01 PM(UTC+0)

Was David salinas not authorized to make decisions? In the meeting minutes on other projects he brings items for approval why is this Differant

Source Extraction: File System

+19568673280 Leo Lopez — 2/2/2016 10:19:24 PM(UTC+0)

How can we expect BRIONES to continue to work for free, he has a local representative I'm sure he has been paid otherwise he would have quit

Source Extraction: File System

+19568673280 Leo Lopez — 2/2/2016 10:19:42 PM(UTC+0)

Mr Manager if we don't pay you for 6 months would you still come to work?

Source Extraction: File System

+19562459365 Ricky Quintanilla — 2/5/2016 2:50:33 PM(UTC+0)

With attorney call you back

Source Extraction: File System

+19568673280 Leo Lopez — 2/5/2016 4:02:07 PM(UTC+0)

Mr CM i appreciate you walking us throughout the site. I however am confused as to what the enngineers responsibility and what the contractors responsibility. In addition David Salinas has been brought up several times, and i personally remember him being very involved. I think it would be very important that he be available with us, Susan Crawford and Rolando Briones. Without his input we are making decisions on what we think happened. We have contracts with CCI and Briones I want to make sure the City Attorney be included to determine legal responsibilities we have. your nor I are attorneys and need to get him to advise us directly independent of what mr chapman is doing.

Source Extraction: File System

| | +19562459365 Ricky Quintanilla | 2/6/2016 8:55:11 PM(UTC+0) |
|---|---|---|
| | search ac cuellar worst comisner ever On Facebook | |
| | Source Extraction: File System | |

| | +19562459365 Ricky Quintanilla | 2/6/2016 10:15:48 PM(UTC+0) |
|---|---|---|
| | https://m.facebook.com/accuellardoomingprecinct1 | |
| | Source Extraction: File System | |

| | +19562459365 Ricky Quintanilla | 3/5/2016 1:46:18 PM(UTC+0) |
|---|---|---|
| | Attachments: | |
| | IMG_4249.JPG | |
| | Source Extraction: File System | |

| | +19562459365 Ricky Quintanilla | 3/20/2016 1:12:53 PM(UTC+0) |
|---|---|---|
| | http://www.weslacotx.gov/Agendas/March2016/16-03-22_Workshop.pdf | |
| | Source Extraction: File System | |

| | +19562459365 Ricky Quintanilla | 3/23/2016 9:27:47 PM(UTC+0) |
|---|---|---|
| | Attachments: | |
| | IMG_4350.PNG | |
| | Source Extraction: File System | |

| | +19562459365 Ricky Quintanilla | 4/1/2016 4:43:27 PM(UTC+0) |
|---|---|---|
| | Attachments: | |
| | IMG_403911.png | |
| | Source Extraction: File System | |

| | +19562459365 Ricky Quintanilla | 4/14/2016 1:52:50 AM(UTC+0) |
|---|---|---|
| | What is you're email | |
| | Source Extraction: File System | |

| +19568673280 Leo Lopez | | 4/14/2016 1:53:24 AM(UTC+0) |
|---|---|---|
| Leo@leolopez.net | | |
| Source Extraction: File System | | |

| | +19562459365 Ricky Quintanilla | 4/14/2016 1:53:57 AM(UTC+0) |
|---|---|---|
| | Check you're email | |
| | Source Extraction: File System | |

| | +19562459365 Ricky Quintanilla | 5/8/2016 2:49:57 AM(UTC+0) |
|---|---|---|
| | How did the elections go | |
| | Source Extraction: File System | |

| +19568673280 Leo Lopez | | 5/8/2016 2:50:34 AM(UTC+0) |
|---|---|---|
| We won | | |
| Source Extraction: File System | | |

| +19568673280 Leo Lopez | | 5/8/2016 2:50:38 AM(UTC+0) |
|---|---|---|
| !!!!!!! | | |
| Source Extraction: File System | | |

| | |
|---|---|
| +19562459365 Ricky Quintanilla | 5/8/2016 2:51:05 AM(UTC+0) |

Congratulations

We also won Bond was denied

Source Extraction: File System

| | |
|---|---|
| +19562459365 Ricky Quintanilla | 5/16/2016 12:49:15 AM(UTC+0) |

Attachments:



IMG_20160514_094149776.jpg

Source Extraction: File System

| | |
|---|---|
| +19562459365 Ricky Quintanilla | 6/6/2016 7:24:11 PM(UTC+0) |

If the party is June 18th when do we have to go buy what ever you are cooking

Source Extraction: File System

| | |
|---|---|
| +19568673280 Leo Lopez | 6/6/2016 7:24:40 PM(UTC+0) |

What party?

Source Extraction: File System

| | |
|---|---|
| +19562459365 Ricky Quintanilla | 6/6/2016 7:25:07 PM(UTC+0) |

My daughters Quince is on the 18th

Source Extraction: File System

| | |
|---|---|
| +19568673280 Leo Lopez | 6/6/2016 7:25:59 PM(UTC+0) |

Oh. I didn't know. How many people ?

Source Extraction: File System

| | |
|---|---|
| +19562459365 Ricky Quintanilla | 6/6/2016 7:26:43 PM(UTC+0) |

250 what you mean

Source Extraction: File System

| | |
|---|---|
| +19562459365 Ricky Quintanilla | 6/6/2016 7:26:53 PM(UTC+0) |

We have been talking about this

Source Extraction: File System

| | |
|---|---|
| +19568673280 Leo Lopez | 6/6/2016 7:27:13 PM(UTC+0) |

Lol. On Thursday or Friday

Source Extraction: File System

| | |
|---|---|
| +19562459365 Ricky Quintanilla | 6/6/2016 7:27:59 PM(UTC+0) |

Shit u are stressing me out so next week

Source Extraction: File System

| | |
|---|---|
| +19568673280 Leo Lopez | 6/6/2016 7:29:33 PM(UTC+0) |

16th or 17th

Source Extraction: File System

| | |
|---|---|
| +19562459365 Ricky Quintanilla | 6/6/2016 7:29:56 PM(UTC+0) |

K

Source Extraction: File System

| | |
|---|---|
| +19562459365 Ricky Quintanilla | 6/9/2016 12:53:24 PM(UTC+0) |

Morning what is you're home address my wife said I need to send you invitation for the quince

Source Extraction: File System

| | |
|---|---|
| +19562459365 Ricky Quintanilla | 6/15/2016 7:28:36 PM(UTC+0) |

Let me know when u r on you're way to Mcallen

Source Extraction: File System

4

**+19568673280 Leo Lopez** — 6/15/2016 8:27:42 PM(UTC+0)
Tomorrow
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 6/15/2016 8:33:07 PM(UTC+0)
I will be in Reynosa in the morning should be back in Mcallen by noon
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 6/15/2016 8:33:44 PM(UTC+0)
How many potatoes do we need I can try to get them from one of my brother in law he works for Nicho produce
Source Extraction: File System

**+19568673280 Leo Lopez** — 6/15/2016 8:36:13 PM(UTC+0)
How many people ?
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 6/15/2016 8:36:55 PM(UTC+0)
250 tough my wife wants to give Pizza to the kids
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 6/15/2016 11:08:40 PM(UTC+0)
I am at SAMs do you need anything
Source Extraction: File System

**+19568673280 Leo Lopez** — 6/15/2016 11:09:52 PM(UTC+0)
Yes. Call me
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 6/18/2016 3:06:54 AM(UTC+0)
Leo if dinner is at 6:30 what time do we have to have food they're
Source Extraction: File System

**+19568673280 Leo Lopez** — 6/18/2016 3:08:18 AM(UTC+0)
6:00
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 6/18/2016 3:08:35 AM(UTC+0)
To set up
Source Extraction: File System

**+19568673280 Leo Lopez** — 6/18/2016 3:09:22 AM(UTC+0)
See u there at 1. So we can go over the plan
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 6/18/2016 3:10:20 AM(UTC+0)
K I will pick up meat
Source Extraction: File System

**+19568673280 Leo Lopez** — 6/18/2016 3:52:05 AM(UTC+0)
Did u get big pot for green beans?
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 6/18/2016 3:52:52 AM(UTC+0)
No could not find will have to buy one tomorrow
Source Extraction: File System

**+19568673280 Leo Lopez** — 6/18/2016 3:54:08 AM(UTC+0)
No. Ask a restaurant if u can borrow one
Source Extraction: File System

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 6/18/2016 3:55:35 AM(UTC+0) |
| K | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 6/19/2016 2:28:03 AM(UTC+0) |
| How did it go ? | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 7/13/2016 3:07:48 AM(UTC+0) |
| http://www.themonitor.com/news/local/investigation-into-rio-grande-city-school-district-reveals-more-wrongdoing/article_04c0d42e-48a3-11e6-90ed-e338aade665e.html | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 7/14/2016 2:46:50 PM(UTC+0) |
| Call me | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 7/14/2016 3:25:49 PM(UTC+0) |
| I did | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 7/14/2016 3:34:50 PM(UTC+0) |
| Could not get the call talked to our friend call me when you can | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 7/26/2016 9:06:29 PM(UTC+0) |
| Leo, My sister has an appt at MD Anderson tomorrow to check to see if she has cancer any suggestions or questions she can ask | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 7/26/2016 9:07:04 PM(UTC+0) |
| With who? Cancer where | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 7/26/2016 9:13:42 PM(UTC+0) |
| Dr. Gombos benign neoplasm on choroid- behind de eye | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 7/27/2016 3:25:15 PM(UTC+0) |
| Are we still meeting at noon in Misson | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 7/27/2016 5:08:42 PM(UTC+0) |
| In Misson let me know when u are close by | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 8/22/2016 5:00:08 PM(UTC+0) |
| Need a Attorney for San Antonio | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 8/23/2016 12:01:24 AM(UTC+0) |
| What happen with attorney | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 8/23/2016 12:01:54 AM(UTC+0) |
| Working on it | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 8/23/2016 1:54:20 AM(UTC+0) |
| Please if not he will go elsewhere | | |
| Source Extraction: File System | | |

6

**+19568673280 Leo Lopez** — 8/23/2016 2:15:38 AM(UTC+0)
Attachments:
Art Reyna.vcf
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 8/25/2016 7:31:11 PM(UTC+0)
http://www.themonitor.com/news/local/lawsuit-claims-donna-council-members-took-cash-bribe-for-city/article_465e8500-6af6-11e6-9790-93ef08fd9005.html
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 8/29/2016 4:21:44 PM(UTC+0)
Mayor wants to meet up with you
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 9/1/2016 9:44:38 PM(UTC+0)
http://www.themonitor.com/news/local/rgc-school-board-candidates-pledge-to-focus-on-students/article_1b20c37a-6ff7-11e6-ad18-575d40f49605.html
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 9/3/2016 10:52:46 PM(UTC+0)
Name of contractor
Source Extraction: File System

**+19568673280 Leo Lopez** — 9/3/2016 10:58:25 PM(UTC+0)
Call me
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 9/6/2016 1:08:18 PM(UTC+0)
Disd
Technology Dept-Albert Chavez tell him DAVID sent you all to make appt for tomorrow
Source Extraction: File System

**+19568673280 Leo Lopez** — 9/6/2016 1:18:47 PM(UTC+0)
David who?
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 9/6/2016 1:24:07 PM(UTC+0)
De Los Rios
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 9/6/2016 1:50:13 PM(UTC+0)
Direct number
464-1660
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 9/6/2016 7:43:29 PM(UTC+0)
Did they call
Source Extraction: File System

**+19568673280 Leo Lopez** — 9/6/2016 8:11:11 PM(UTC+0)
Yes. Appointment at 11 tomorrow
Source Extraction: File System

**+19562459365 Ricky Quintanilla** — 9/6/2016 8:19:05 PM(UTC+0)
Take him to lunch
Source Extraction: File System



| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 9/7/2016 6:56:42 PM(UTC+0) |
| Sorry, I can't talk right now. | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 10/8/2016 3:11:38 PM(UTC+0) |
| What's the latest ? | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 10/8/2016 3:20:37 PM(UTC+0) |
| ???? | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 10/8/2016 3:21:26 PM(UTC+0) |
| Supposed to see them at a BBQ tonight talk then | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 10/8/2016 3:21:42 PM(UTC+0) |
| Ok | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 10/8/2016 3:22:48 PM(UTC+0) |
| Whatsapp if I don't answere text. I'm in Greece. On my way to Athens | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 10/8/2016 3:23:54 PM(UTC+0) |
| Been in Rhodes Greece all day | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 10/8/2016 3:25:37 PM(UTC+0) |
| K | | |
| Source Extraction: File System | | |

+19568673280 Leo Lopez — 10/9/2016 4:39:01 PM(UTC+0)
This is what my office sent me.
Attachments:



IMG_0982.JPG
Source Extraction: File System

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 10/9/2016 5:08:23 PM(UTC+0) |
| Did u get it | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 10/9/2016 5:27:22 PM(UTC+0) |
| Yes | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 10/9/2016 5:27:49 PM(UTC+0) |
| What do u think? | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 10/9/2016 5:28:29 PM(UTC+0) |
| I just sent it to my contact | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 10/9/2016 5:28:55 PM(UTC+0) |
| Did u go to a BBQ last night? | | |
| Source Extraction: File System | | |



+19562459365 Ricky Quintanilla 10/9/2016 5:53:54 PM(UTC+0)

Yes tough the contact was sick

**Source Extraction:** File System

+19568673280 Leo Lopez 10/9/2016 5:58:48 PM(UTC+0)

What do u think about the project?

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 10/9/2016 6:04:09 PM(UTC+0)

I feel they are just jerking us since they're is only 3 weeks left

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 10/19/2016 6:23:16 PM(UTC+0)

http://valleycentral.com/news/local/hidalgo-county-commissioner-ac-cuellar-files-lawsuit-against-democratic-primary-opponent

**Attachments:**

CEA17FDE-88BD-4877-AB3D-51B3176BE628.pluginPayloadAttachment

540D34C9-C27F-4160-8D21-D07CA8D5106B.pluginPayloadAttachment

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 10/29/2016 3:21:50 AM(UTC+0)

http://www.texasmonthly.com/articles/jim-allison-and-the-search-for-the-cure-for-cancer/

**Attachments:**

B603DA85-FD78-4DC6-B8D5-A8237D9D74CA.pluginPayloadAttachment

7E76816B-BC0F-41A1-BE6D-CF84E6600883.pluginPayloadAttachment

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 11/2/2016 5:36:32 PM(UTC+0)

Did u have a chance to talk to Cantu

**Source Extraction:** File System

+19568673280 Leo Lopez 11/2/2016 5:42:25 PM(UTC+0)

I put a call in already.

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 11/2/2016 6:03:57 PM(UTC+0)

Ok

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 11/9/2016 2:25:00 AM(UTC+0)

How is it going

**Source Extraction:** File System

+19568673280 Leo Lopez 11/9/2016 2:25:27 AM(UTC+0)

Don't know yet

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 11/9/2016 2:26:15 AM(UTC+0)

Letty,Josh,Moe and Kennedy won

**Source Extraction:** File System

+19568673280 Leo Lopez 11/9/2016 2:27:13 AM(UTC+0)

Josh. Jerry Olga and who else

**Source Extraction:** File System

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 11/9/2016 2:27:45 AM(UTC+0) |
| Josh and Letty won | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 11/9/2016 2:55:18 AM(UTC+0) |
| Anything yet | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 11/9/2016 2:55:41 AM(UTC+0) |
| No | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 11/9/2016 2:56:36 AM(UTC+0) |
| That is the reason the county should run the election | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 11/11/2016 4:59:16 PM(UTC+0) |
| Are we meeting for lunch | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19562459365 Ricky Quintanilla | | 11/16/2016 2:17:59 PM(UTC+0) |
| We can we meet up for lunch need to talk to u in person | | |
| Source Extraction: File System | | |

+19562459365 Ricky Quintanilla — 1/1/2017 8:54:04 PM(UTC+0)
Attachments:
IMG_1549.png
Source Extraction: File System

+19562459365 Ricky Quintanilla — 1/2/2017 2:05:08 AM(UTC+0)
Call me when you can
Source Extraction: File System

+19562459365 Ricky Quintanilla — 1/18/2017 2:58:23 AM(UTC+0)
Attachments:
IMG_5629.JPG
Source Extraction: File System

+19562459365 Ricky Quintanilla — 1/27/2017 2:43:59 AM(UTC+0)
Attachments:
2017-01-13-VIDEO-00003268.mp4.mov
Source Extraction: File System

+19562459365 Ricky Quintanilla — 2/3/2017 4:20:09 PM(UTC+0)
Monday is RGv day and Micky mouse is meeting with Guillen
Source Extraction: File System

+19562459365 Ricky Quintanilla — 2/3/2017 8:10:16 PM(UTC+0)
Anybody home
Source Extraction: File System

+19568673280 Leo Lopez 2/3/2017 8:10:43 PM(UTC+0)

In a meeting

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 2/3/2017 8:11:01 PM(UTC+0)

Ok call me when you're done

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 2/4/2017 5:43:59 PM(UTC+0)

Can you please call me need to talk to you

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 2/11/2017 11:37:48 PM(UTC+0)

We are hoping that you are doing better when you are ready call us

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 7/8/2017 9:05:47 PM(UTC+0)

http://www.breitbart.com/tech/2017/07/07/report-early-trials-cancer-vaccines-safe-effective-attacking-tumors/

**Attachments:**

B5E83922-3500-4EBF-AC53-BDA73BFF81EB.pluginPayloadAttachment

A8BCCE5D-4EAF-46C2-BE66-DB308DB53ADB.pluginPayloadAttachment

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 10/5/2017 11:40:41 PM(UTC+0)

http://riograndeguardian.com/state-district-judge-announces-candidacy-for-south-texas-house-seat/

**Attachments:**

6BBB0110-5A41-48CE-B14F-00D7668E330F.pluginPayloadAttachment

E4262037-DA3B-4D0C-98DC-313D04C21070.pluginPayloadAttachment

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 12/7/2017 2:33:48 PM(UTC+0)

**Attachments:**

IMG_6804.PNG

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 12/7/2017 2:35:43 PM(UTC+0)

Morning let me know if you are able to meet

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 12/7/2017 6:45:28 PM(UTC+0)

**Attachments:**

1150971865.png

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 1/30/2018 6:15:02 PM(UTC+0)

Sorry, I can't talk right now.

**Source Extraction:** File System

+19568673280 Leo Lopez 1/30/2018 6:19:22 PM(UTC+0)

Did you setup a lunch for me and Tafolla?

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 2/23/2018 4:04:46 AM(UTC+0)

El Prieto does not answer

**Source Extraction:** File System

+19562459365 Ricky Quintanilla 10/16/2018 2:09:31 PM(UTC+0)

https://riograndeguardian.com/benavidez-starr-county-attracts-more-than-1-5-billion-in-new-investment/

**Attachments:**

Rio Grande G

41540767-6EB5-4901-971B-C09DE547495A.pluginPayloadAttachment

F63FF4DA-2B31-48EE-9A7D-2802F56A56DE.pluginPayloadAttachment

**Source Extraction:** File System



