## Extraction Report
Apple iPhone

### Participants

+19568673280
Leo Lopez* (owner)

+12103937659
Rolando Briones*

### Conversation - Instant Messages (213)

**+19568673280 Leo Lopez** — 10/30/2015 5:43:06 PM(UTC+0)
Can u raise some money for Ruben Villareal he is running for senate?
Source Extraction: File System

**+12103937659 Rolando Briones** — 10/30/2015 6:31:39 PM(UTC+0)
When will you be in SA
Source Extraction: File System

**+19568673280 Leo Lopez** — 10/30/2015 6:32:08 PM(UTC+0)
Wednesday
Source Extraction: File System

**+19568673280 Leo Lopez** — 10/30/2015 6:39:01 PM(UTC+0)
Will u be there?
Source Extraction: File System

**+12103937659 Rolando Briones** — 10/30/2015 7:20:33 PM(UTC+0)
Yes
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/4/2015 2:17:25 AM(UTC+0)
I'm here in San Antonio. What time can we meet tomorrow ?
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/4/2015 2:18:34 AM(UTC+0)
I'm in Houston
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/4/2015 2:18:46 AM(UTC+0)
Be back Thursday
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/4/2015 2:18:59 AM(UTC+0)
See u Thursday ?
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/4/2015 4:17:13 AM(UTC+0)
Maybe tomorrow night
Source Extraction: File System

**GOVERNMENT EXHIBIT 005**

1

**+19568673280 Leo Lopez** — 11/4/2015 4:17:32 AM(UTC+0)
Ok
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/8/2015 7:23:45 PM(UTC+0)
What time can you meet tonight ?
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/8/2015 7:30:38 PM(UTC+0)
Later the better.
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/8/2015 7:31:12 PM(UTC+0)
Or my office at 9 am
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/9/2015 2:12:42 AM(UTC+0)
Your office tomorrow at 9 am
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/9/2015 2:23:44 AM(UTC+0)
ok
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/9/2015 3:02:30 PM(UTC+0)
On my way
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/9/2015 3:02:59 PM(UTC+0)
Ok
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/10/2015 10:23:29 PM(UTC+0)
Did you send the request for information to the city already. If not , let me read it first.
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/11/2015 3:00:12 AM(UTC+0)
With commish. Asking about letter. ??
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/11/2015 6:57:19 PM(UTC+0)
Hello
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/11/2015 7:08:22 PM(UTC+0)
almost done with my ny meetings, i'm working on it
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/11/2015 10:10:20 PM(UTC+0)
did you get the letter, we need to send it out
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/11/2015 10:10:51 PM(UTC+0)
Attachments:
[FOIA letter.pdf]
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/11/2015 10:33:48 PM(UTC+0)
Send it
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/11/2015 10:54:14 PM(UTC+0)
On its way
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/20/2015 11:56:10 PM(UTC+0)
Looks like we are getting a check soon
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/21/2015 12:15:53 AM(UTC+0)
Attachments:
2015.11.20 JSC to Cruz re incomplete production.pdf
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/21/2015 1:24:00 AM(UTC+0)
We are talking to mayor and mayor pro temp
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/23/2015 5:28:43 PM(UTC+0)
latests letter they are asking for invoices, sub contracts and my accounting records, none of this is required per the contract.
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/23/2015 6:32:08 PM(UTC+0)
Did u ask for open records on chapman
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/23/2015 7:03:24 PM(UTC+0)
yes, i'll send you the letter
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/23/2015 7:05:08 PM(UTC+0)
When
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/23/2015 7:13:19 PM(UTC+0)
emailed you a copy of the demand letter we sent, checking on the open records letter,
Source Extraction: File System

**+19568673280 Leo Lopez** — 11/28/2015 7:51:11 PM(UTC+0)
Are you in town
Source Extraction: File System

**+12103937659 Rolando Briones** — 11/29/2015 2:56:06 AM(UTC+0)
Yes. Pretty open Monday. No check so far. Latest Chapmen letter now wants my invoices, and sub agreements.
Source Extraction: File System

**+12103937659 Rolando Briones** — 12/8/2015 3:24:39 AM(UTC+0)
Saturday Fight?
Source Extraction: File System

**+12103937659 Rolando Briones** — 12/8/2015 3:24:45 AM(UTC+0)
No check
Source Extraction: File System

3

| | +12103937659 Rolando Briones | 12/8/2015 3:53:25 AM(UTC+0) |
|---|---|---|
| | Attachments:<br>📄 Letter on supplemental docs due 12_4.pdf<br>**Source Extraction:** File System | |

| +12103937659 Rolando Briones | 12/10/2015 6:52:54 PM(UTC+0) |
|---|---|
| What do I do with the tickets for the fight<br>**Source Extraction:** File System | |

| +19568673280 Leo Lopez | 12/10/2015 6:54:17 PM(UTC+0) |
|---|---|
| Been tied up, I asked on Monday let me check<br>**Source Extraction:** File System | |

| +12103937659 Rolando Briones | 12/12/2015 4:08:24 PM(UTC+0) |
|---|---|
| What's the latest<br>**Source Extraction:** File System | |

| +19568673280 Leo Lopez | 12/12/2015 4:13:50 PM(UTC+0) |
|---|---|
| AC needs them<br>**Source Extraction:** File System | |

| +19568673280 Leo Lopez | 12/12/2015 4:46:08 PM(UTC+0) |
|---|---|
| 4 for AC<br>**Source Extraction:** File System | |

| +19568673280 Leo Lopez | 12/12/2015 6:40:46 PM(UTC+0) |
|---|---|
| Will call ?<br>**Source Extraction:** File System | |

| +19568673280 Leo Lopez | 12/12/2015 7:14:43 PM(UTC+0) |
|---|---|
| Where are the tickets?<br>**Source Extraction:** File System | |

| +19568673280 Leo Lopez | 12/12/2015 7:53:17 PM(UTC+0) |
|---|---|
| Jesus Montalvo<br>**Source Extraction:** File System | |

| +19568673280 Leo Lopez | 12/12/2015 8:11:17 PM(UTC+0) |
|---|---|
| He is there already<br>**Source Extraction:** File System | |

| +12103937659 Rolando Briones | 12/12/2015 9:28:40 PM(UTC+0) |
|---|---|
| Just called you<br>**Source Extraction:** File System | |

| +12103937659 Rolando Briones | 12/14/2015 9:38:51 PM(UTC+0) |
|---|---|
| Need list of mediators<br>**Source Extraction:** File System | |

| +19568673280 Leo Lopez | 12/14/2015 10:16:41 PM(UTC+0) |
|---|---|
| Working on it<br>**Source Extraction:** File System | |

| +19568673280 Leo Lopez | 12/14/2015 10:18:23 PM(UTC+0) |
|---|---|
| Gil Perales , Juan Zamora , will give u the 3rd name at 7;30<br>**Source Extraction:** File System | |

| | |
|---|---|
| +19568673280 Leo Lopez | 12/14/2015 10:18:31 PM(UTC+0) |

Can u talk
Source Extraction: File System

| | |
|---|---|
| +12103937659 Rolando Briones | 12/14/2015 10:30:30 PM(UTC+0) |

10 min
Source Extraction: File System

| | |
|---|---|
| +19568673280 Leo Lopez | 12/15/2015 3:19:41 AM(UTC+0) |

Add Rolando Cantu to the list of mediators
Source Extraction: File System

| | |
|---|---|
| +19568673280 Leo Lopez | 12/15/2015 4:17:39 PM(UTC+0) |

Went well
Source Extraction: File System

| | |
|---|---|
| +19568673280 Leo Lopez | 12/16/2015 7:38:24 PM(UTC+0) |

Hey talked to the guy that's going to be in charge of the upcoming meeting he needs a list of what our demands are in other words what do we want to get out of it and where we are willing to bend a little
Source Extraction: File System

| | |
|---|---|
| +19568673280 Leo Lopez | 12/16/2015 7:38:37 PM(UTC+0) |

They sent that to me
Source Extraction: File System

| | |
|---|---|
| +19568673280 Leo Lopez | 12/18/2015 12:36:15 AM(UTC+0) |

You were supposed to email my friend some info, He is on his way to meet his friend. He has no info to tell him about what we want. Call him.
Source Extraction: File System

| | |
|---|---|
| +12103937659 Rolando Briones | 12/18/2015 6:26:08 AM(UTC+0) |

Gotta meet with my attorney, make sure we're by the bookZ. I'll have by noon
Source Extraction: File System

| | |
|---|---|
| +12103937659 Rolando Briones | 12/18/2015 6:50:04 PM(UTC+0) |

Attachments:

IMG_4892.PNG
Source Extraction: File System

| | |
|---|---|
| +12103937659 Rolando Briones | 12/18/2015 6:50:05 PM(UTC+0) |

Can you call me
Source Extraction: File System

| | |
|---|---|
| +12103937659 Rolando Briones | 12/18/2015 6:50:59 PM(UTC+0) |

Also need name of local council have to send bill out today
Source Extraction: File System

| | |
|---|---|
| +19568673280 Leo Lopez | 12/18/2015 6:56:17 PM(UTC+0) |

In 1 hr. I'm at dr. In Houston. Will call u in a bit
Source Extraction: File System

---

**+19568673280 Leo Lopez** — 12/18/2015 7:07:38 PM(UTC+0)

Law Office of A Ricardo Flores
300 E Pecan
Mcallen tx 78501
956-687-8344 Office
956-687-5759 Fax
State bar # 24032058
Email address
peter.jl@hotmail.com

Source Extraction: File System

---

**+12103937659 Rolando Briones** — 12/18/2015 7:10:04 PM(UTC+0)

Take your time

Source Extraction: File System

---

**+19568673280 Leo Lopez** — 12/19/2015 1:30:29 AM(UTC+0)

Breakfast in the morning ?

Source Extraction: File System

---

**+19568673280 Leo Lopez** — 12/19/2015 5:06:08 AM(UTC+0)

I will be leaving at around noon tomorrow , can we meet for breakfast ?

Source Extraction: File System

---

**+12103937659 Rolando Briones** — 12/19/2015 5:44:05 AM(UTC+0)

Yes

Source Extraction: File System

---

**+12103937659 Rolando Briones** — 12/19/2015 5:44:29 AM(UTC+0)

Les talk in am

Source Extraction: File System

---

**+19568673280 Leo Lopez** — 12/19/2015 4:27:26 PM(UTC+0)

Attachments:

IMG_1552.JPG

Source Extraction: File System

---

**+19568673280 Leo Lopez** — 12/23/2015 7:55:58 PM(UTC+0)

Attachments:

IMG_1552.JPG

Source Extraction: File System

---

**+12103937659 Rolando Briones** — 12/23/2015 9:25:47 PM(UTC+0)

Was AC ever Commisoner of Weslaco

Source Extraction: File System

---

**+19568673280 Leo Lopez** — 12/23/2015 10:04:00 PM(UTC+0)

No

Source Extraction: File System

---

**+12103937659 Rolando Briones** — 12/23/2015 10:21:59 PM(UTC+0)

Can you call me

Source Extraction: File System

---

**+12103937659 Rolando Briones** — 12/23/2015 10:22:24 PM(UTC+0)

Just met with my engineer contract attorney

Source Extraction: File System

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 12/24/2015 4:07:08 PM(UTC+0) |
| Any news on payment? | | |
| Source Extraction: File System | | |

| +12103937659 Rolando Briones | 12/24/2015 4:07:23 PM(UTC+0) |
|---|---|
| CCI sent email | |
| Source Extraction: File System | |

| +12103937659 Rolando Briones | 12/24/2015 7:13:28 PM(UTC+0) |
|---|---|
| can you have one of the commissioners call Marquedo? | |
| Source Extraction: File System | |

| +19568673280 Leo Lopez | 12/24/2015 7:27:30 PM(UTC+0) |
|---|---|
| Yes | |
| Source Extraction: File System | |

| +12103937659 Rolando Briones | 12/24/2015 7:34:36 PM(UTC+0) |
|---|---|
| I need as soon as possible | |
| Source Extraction: File System | |

| +19568673280 Leo Lopez | 12/24/2015 7:35:40 PM(UTC+0) |
|---|---|
| Working on it | |
| Source Extraction: File System | |

| +12103937659 Rolando Briones | 12/28/2015 9:00:25 PM(UTC+0) |
|---|---|
| LL this is BS. Who is telling Marquedo this. Basically there looking for reasons to hold up the payment. What I would tell the Commissioner is that we have worked for the last 6 months doing a lot of engineering work other than SCADA but they are holding up $250,000 est. for about $25,000 of SCADA fees. I'm getting a little upset. Briones | |
| Source Extraction: File System | |

| +12103937659 Rolando Briones | 12/29/2015 3:31:11 PM(UTC+0) |
|---|---|
| Sorry, I can't talk right now. | |
| Source Extraction: File System | |

| +19568673280 Leo Lopez | 12/29/2015 3:31:46 PM(UTC+0) |
|---|---|
| Call me when you have a chance | |
| Source Extraction: File System | |

| +12103937659 Rolando Briones | 1/4/2016 9:37:20 PM(UTC+0) |
|---|---|
| Any news | |
| Source Extraction: File System | |

| +12103937659 Rolando Briones | 1/11/2016 6:16:24 PM(UTC+0) |
|---|---|
| Attachments: | |
| 3-page-fax-from-_9566823848.pdf | |
| Source Extraction: File System | |

| +19568673280 Leo Lopez | 1/16/2016 2:45:41 AM(UTC+0) |
|---|---|
| http://www.weslacotx.gov/Agendas/January2016/16-01-19Agenda.pdf | |
| Source Extraction: File System | |

| +12103937659 Rolando Briones | 1/19/2016 1:57:06 PM(UTC+0) |
|---|---|
| headed to weslaco tonight | |
| Source Extraction: File System | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 1/20/2016 12:55:25 AM(UTC+0) |

Attachments:

Leo Lopez's Location.loc.vcf

**Source Extraction:** File System

---

+12103937659 Rolando Briones — 1/20/2016 3:42:51 PM(UTC+0)

city manager, pro tem, fidel pena, engineer?, lawyer from chapman's office

**Source Extraction:** File System

---

+12103937659 Rolando Briones — 1/20/2016 3:54:46 PM(UTC+0)

gil said they agreed to the fact that we have a contract and that its more than other jobs, but they are pushing how i spent the money under public integrity issue

**Source Extraction:** File System

---

+19568673280 Leo Lopez — 1/20/2016 6:40:45 PM(UTC+0)

Any news ?

**Source Extraction:** File System

---

+12103937659 Rolando Briones — 1/20/2016 8:02:07 PM(UTC+0)

city manager will not provide me a list of his specific concerns ahead of time. wants me to walk the site with him, but i anticipate 90% will be our of our scope. i stressed to him that we need to get payment or some sort since we owe all our subs for over 6 months and I only did some of the job myself

**Source Extraction:** File System

---

+12103937659 Rolando Briones — 1/20/2016 8:03:34 PM(UTC+0)

i will need to get help from the subs so if he really wants answers he needs to catch us up (base contract only) so i can pay them to help answer his questions.

**Source Extraction:** File System

---

+12103937659 Rolando Briones — 1/20/2016 8:04:50 PM(UTC+0)

i'm trying to get chris to commit to getting susan Crawford/CDM engineer there since david salinas is going to be there, the city has him on some type of contract. he respects her 110%... me not so much

**Source Extraction:** File System

---

+19568673280 Leo Lopez — 1/22/2016 12:56:37 AM(UTC+0)

Ryan is asking for name and # to the person the mayor is supposed to call

**Source Extraction:** File System

---

+19568673280 Leo Lopez — 1/22/2016 12:56:55 AM(UTC+0)

And who he is with

**Source Extraction:** File System

---

+12103937659 Rolando Briones — 1/22/2016 1:21:21 AM(UTC+0)

mike Lucchessi /CH2M Hill. Prime Engineer on North East 320 Million gallon water treatment plant. I was on the team as a sub.

**Source Extraction:** File System

---

+12103937659 Rolando Briones — 1/22/2016 1:21:36 AM(UTC+0)

(713) 244-4318

**Source Extraction:** File System

---

+12103937659 Rolando Briones — 1/22/2016 1:22:36 AM(UTC+0)

CH2M HIll & CDM joint venture, but Mike not Chris is in charge

**Source Extraction:** File System

---

+12103937659 Rolando Briones — 1/22/2016 1:23:30 AM(UTC+0)

Hold up.  We had good movement today. Mike was going to return call.  We are supportive

**Source Extraction:** File System



| | +12103937659 Rolando Briones | 1/22/2016 1:23:57 AM(UTC+0) |
|---|---|---|
| | Just got the previous email from Chris. | |
| | Source Extraction: File System | |

+19568673280 Leo Lopez — 1/22/2016 1:24:36 AM(UTC+0)
Let me know
Source Extraction: File System

+12103937659 Rolando Briones — 1/22/2016 1:24:39 AM(UTC+0)
Check your email Chapman just sent another letter with a 100 more discovery request
Source Extraction: File System

+19568673280 Leo Lopez — 1/22/2016 1:24:55 AM(UTC+0)
When
Source Extraction: File System

+19568673280 Leo Lopez — 1/22/2016 1:25:16 AM(UTC+0)
Tell me when Ryan needs to call
Source Extraction: File System

+12103937659 Rolando Briones — 1/22/2016 1:25:46 AM(UTC+0)
Let's give CH till tomorrow. Read the Chapman letter
Source Extraction: File System

+12103937659 Rolando Briones — 1/22/2016 1:39:09 AM(UTC+0)
The letter is ridiculous. Chapman is trying to save face. Since we showed him up yesterday
Source Extraction: File System

+12103937659 Rolando Briones — 1/23/2016 12:44:45 AM(UTC+0)
Okay I'm calm now. We need Gil to respond to the Chapman letter. It says We must produce more discovery promptly "with the Mediators Order which we expect will follow this letter..." We need Gil to respond with the truth ASAP not what this guy is saying Gil said
Source Extraction: File System

+12103937659 Rolando Briones — 1/23/2016 12:44:48 AM(UTC+0)
ASAP
Source Extraction: File System

+12103937659 Rolando Briones — 1/23/2016 12:47:03 AM(UTC+0)
They are going to use this as another reason not to pay until we produce more paper. Actually we agreed to help the city manager review the project and history. He agreed he owes us money and we agreed we would go to council meeting. But I can't answer the managers questions without the help of my subs who I can't ask to help since we haven't paid them in 6 months
Source Extraction: File System

+12103937659 Rolando Briones — 1/23/2016 12:49:32 AM(UTC+0)
Gil must clarify the truth. 1. I will meet with them. 2. They will pay base fee invoices 3. I will get subs paid and 4. I will get them to help me respond to all questions and 5. Subs will help prepare me for the council meeting.
Source Extraction: File System

+19568673280 Leo Lopez — 1/26/2016 7:20:33 PM(UTC+0)
Hey Leo can you see if I can get 2 tickets to the Spurs vs golden state on 3/19 my daughter is begging me to go
Source Extraction: File System

+19568673280 Leo Lopez — 1/26/2016 7:21:02 PM(UTC+0)
Ernie is asking. Let me know
Source Extraction: File System

+19568673280 Leo Lopez — 1/27/2016 1:13:51 AM(UTC+0)
Did u get text?
Source Extraction: File System

**+12103937659 Rolando Briones** — 1/27/2016 1:25:48 AM(UTC+0)
To much to think about. No way on the tickets. This the hottest game of the year. How about Gil's letter
Source Extraction: File System

**+19568673280 Leo Lopez** — 1/27/2016 1:27:00 AM(UTC+0)
Going out today or tomorrow
Source Extraction: File System

**+19568673280 Leo Lopez** — 1/27/2016 1:31:28 AM(UTC+0)
How is Houston project
Source Extraction: File System

**+12103937659 Rolando Briones** — 1/27/2016 1:32:39 AM(UTC+0)
They ignoring me. CH is going to see turner at mayor Conf. I may need to go. Does Ryan know about it
Source Extraction: File System

**+19568673280 Leo Lopez** — 1/27/2016 1:33:34 AM(UTC+0)
I don't know, we are waiting on you so Ryan can call turner
Source Extraction: File System

**+19568673280 Leo Lopez** — 1/30/2016 7:36:15 PM(UTC+0)
Turners chief of staff has been calling Ryan. He does not want to answer until he gets some more info from you. Call me when u have a chance.
Source Extraction: File System

**+12103937659 Rolando Briones** — 1/30/2016 8:52:39 PM(UTC+0)
Chris said I was fine. But I won't be happy until they send a contract. But we're okay for now. I would say thank you and we will let them know. It appears it may have been a misunderstanding
Source Extraction: File System

**+12103937659 Rolando Briones** — 1/30/2016 8:53:47 PM(UTC+0)
I think they realized they didn't want to risk it
Source Extraction: File System

**+19568673280 Leo Lopez** — 1/30/2016 8:53:48 PM(UTC+0)
Let me know !
Source Extraction: File System

**+12103937659 Rolando Briones** — 1/30/2016 8:54:29 PM(UTC+0)
Chris actually sent me a letter telling me I was going to be used... "Contract"...
Source Extraction: File System

**+12103937659 Rolando Briones** — 1/30/2016 8:54:55 PM(UTC+0)
I'm headed to Weslaco Monday morning. Can jerry be at the 2 meeting
Source Extraction: File System

**+19568673280 Leo Lopez** — 1/30/2016 8:55:20 PM(UTC+0)
2pm?
Source Extraction: File System

**+12103937659 Rolando Briones** — 1/30/2016 8:55:34 PM(UTC+0)
Yes Sir
Source Extraction: File System

**+19568673280 Leo Lopez** — 1/30/2016 8:55:54 PM(UTC+0)
Yes. Where ?
Source Extraction: File System

**+19568673280 Leo Lopez** — 1/30/2016 8:57:59 PM(UTC+0)
Send me some questions
Source Extraction: File System

| | |
|---|---|
| +12103937659 Rolando Briones | 1/30/2016 10:05:02 PM(UTC+0) |

City hall.
**Source Extraction:** File System

| | |
|---|---|
| +12103937659 Rolando Briones | 1/30/2016 10:05:53 PM(UTC+0) |

Let me work on questions. Basically that everything city manager wants is NOT in our contract
**Source Extraction:** File System

| | |
|---|---|
| +12103937659 Rolando Briones | 2/2/2016 10:10:08 PM(UTC+0) |

Has he been paid
**Source Extraction:** File System

| | |
|---|---|
| +12103937659 Rolando Briones | 2/2/2016 10:10:41 PM(UTC+0) |

What % has CCI been paid,
**Source Extraction:** File System

| | |
|---|---|
| +12103937659 Rolando Briones | 2/2/2016 10:10:59 PM(UTC+0) |

What % has Briines been paid
**Source Extraction:** File System

| | |
|---|---|
| +12103937659 Rolando Briones | 2/2/2016 10:12:20 PM(UTC+0) |

Was David salinas not authorized to make decisions? In the meeting minutes on other projects he brings items for approval why is this Differant
**Source Extraction:** File System

| | |
|---|---|
| +12103937659 Rolando Briones | 2/2/2016 10:13:28 PM(UTC+0) |

How can we expect BRIONES to continue to work for free, he has a local representative I'm sure he has been paid otherwise he would have quit
**Source Extraction:** File System

| | |
|---|---|
| +12103937659 Rolando Briones | 2/2/2016 10:14:07 PM(UTC+0) |

Mr Manager if we don't pay you for 6 months would you still come to work?
**Source Extraction:** File System

| | |
|---|---|
| +19568673280 Leo Lopez | 2/3/2016 1:29:04 AM(UTC+0) |

How are you doing?
**Source Extraction:** File System

| | |
|---|---|
| +12103937659 Rolando Briones | 2/3/2016 2:12:49 PM(UTC+0) |

So what's the latest?
**Source Extraction:** File System

| | |
|---|---|
| +19568673280 Leo Lopez | 2/5/2016 1:10:17 AM(UTC+0) |

Call me
**Source Extraction:** File System

| | |
|---|---|
| +12103937659 Rolando Briones | 2/5/2016 3:06:26 PM(UTC+0) |

Mr CM i appreciate you walking us throughout the site. I however am confused as to what the enngineers responsibility and what the contractors responsibility. In addition David Salinas has been brought up several times, and i personally remember him being very involved. I think it would be very important that he be available with us, Susan Crawford and Rolando Briones. Without his input we are making decisions on what we think happened. We have contracts with CCI and Briones I want to make sure the City Attorney be included to determine legal responsibilities we have. your nor I are attorneys and need to get him to advise us directly independent of what mr chapman is doing.
**Source Extraction:** File System

| | |
|---|---|
| +12103937659 Rolando Briones | 2/5/2016 3:15:31 PM(UTC+0) |

whats ricks last name and whats his email?
**Source Extraction:** File System

| | |
|---|---|
| +19568673280 Leo Lopez | 2/5/2016 3:39:14 PM(UTC+0) |

Salinas. I'll get u the email
**Source Extraction:** File System

+19568673280 Leo Lopez — 2/5/2016 3:46:30 PM(UTC+0)

Law Office of A Ricardo Flores
300 E Pecan
Mcallen tx 78501
956-687-8344 Office
956-687-5759 Fax
State bar # 24032058
Email address
peter.jl@hotmail.com
Source Extraction: File System

+12103937659 Rolando Briones — 2/9/2016 9:02:59 PM(UTC+0)

Call when you can. No rush
Source Extraction: File System

+19568673280 Leo Lopez — 2/22/2016 12:57:14 AM(UTC+0)

Checking in !
Source Extraction: File System

+12103937659 Rolando Briones — 2/22/2016 1:17:45 PM(UTC+0)

need to talk to conrad. i'll give you a call later this morning, taking my boys to school
Source Extraction: File System

+12103937659 Rolando Briones — 2/26/2016 11:26:24 PM(UTC+0)

Call when you get a chance
Source Extraction: File System

+12103937659 Rolando Briones — 3/2/2016 6:51:06 PM(UTC+0)

Sir a reporter called for you from the city of Weslaco Michael Rodriguez cell number 956-456-5237. said the city announced yesterday in the meeting that they were suing Briones engineering. and wanted to know your take on it.
Source Extraction: File System

+19568673280 Leo Lopez — 3/3/2016 2:22:58 AM(UTC+0)

Attachments:



IMG_8837.PNG
Source Extraction: File System

+12103937659 Rolando Briones — 3/8/2016 3:35:27 PM(UTC+0)

can i borrow the polaris
Source Extraction: File System

+19568673280 Leo Lopez — 3/8/2016 3:46:35 PM(UTC+0)

Yes. Need to wash
Source Extraction: File System

+19568673280 Leo Lopez — 3/8/2016 3:46:41 PM(UTC+0)

When?
Source Extraction: File System

+12103937659 Rolando Briones — 3/8/2016 3:56:47 PM(UTC+0)

friday and maybe for 2 or 3 weeks
Source Extraction: File System

+12103937659 Rolando Briones — 3/9/2016 12:06:47 AM(UTC+0)

Call me when you get a chance
Source Extraction: File System

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 3/11/2016 10:57:20 PM(UTC+0) |
| Any update on the Polaris? | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 3/14/2016 4:29:51 PM(UTC+0) |
| Boys took it to south padre island. They will bring back this weekend. | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 3/14/2016 4:30:20 PM(UTC+0) |
| Will coordinate with u when I get it back | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 3/14/2016 4:58:41 PM(UTC+0) |
| No problem. Enjoy your time with your wife. | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 3/24/2016 6:53:09 PM(UTC+0) |
| Have u been served? | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 3/24/2016 8:50:26 PM(UTC+0) |
| No | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 3/30/2016 5:16:51 PM(UTC+0) |
| Let me know when I can call you. | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 4/9/2016 2:23:52 PM(UTC+0) |
| Let me know when we can talk | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 5/23/2016 7:28:29 PM(UTC+0) |
| I'm in Las Vegas. With Tafolla , Mayor, Olga,CM , | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 5/23/2016 7:49:54 PM(UTC+0) |
| Need that memo | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 5/23/2016 7:50:29 PM(UTC+0) |
| Ok | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 6/22/2016 3:32:24 PM(UTC+0) |
| Weslaco ups water production to meet summer demands http://www.themonitor.com/news/local/weslaco-ups-water-production-to-meet-summer-demands/article_2d0d4942-37ca-11e6-8b08-a727a2b9e724.html (Sent from The Monitor) | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 6/22/2016 3:49:44 PM(UTC+0) |
| did they spell my name right? | | |
| Source Extraction: File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 7/11/2016 1:12:57 PM(UTC+0) |
| I'm headed to Weslaco | | |
| Source Extraction: File System | | |

13

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 7/11/2016 1:21:40 PM(UTC+0) |
| For what | | |
| **Source Extraction:** File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 7/11/2016 1:22:00 PM(UTC+0) |
| Punch list | | |
| **Source Extraction:** File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 7/11/2016 1:22:31 PM(UTC+0) |
| Are we getting paid ? | | |
| **Source Extraction:** File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 7/11/2016 1:23:53 PM(UTC+0) |
| Are you serious? | | |
| **Source Extraction:** File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 7/11/2016 1:24:03 PM(UTC+0) |
| 2 years | | |
| **Source Extraction:** File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 7/11/2016 9:30:01 PM(UTC+0) |
| Ready? | | |
| **Source Extraction:** File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 7/11/2016 9:31:02 PM(UTC+0) |
| In a meeting. Won't be Able to make it. | | |
| **Source Extraction:** File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 7/11/2016 9:33:03 PM(UTC+0) |
| Ok | | |
| **Source Extraction:** File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 7/11/2016 9:35:41 PM(UTC+0) |
| How did it go | | |
| **Source Extraction:** File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 8/29/2016 8:21:09 PM(UTC+0) |
| 281750 and 500761 | | |
| **Source Extraction:** File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 8/29/2016 8:22:30 PM(UTC+0) |
| 782512 | | |
| **Source Extraction:** File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 9/1/2016 7:03:19 PM(UTC+0) |
| Sorry, I can't talk right now. | | |
| **Source Extraction:** File System | | |

| | | |
|---|---|---|
| +12103937659 Rolando Briones | | 9/1/2016 11:01:03 PM(UTC+0) |
| Sorry, I can't talk right now. | | |
| **Source Extraction:** File System | | |

| | | |
|---|---|---|
| +19568673280 Leo Lopez | | 9/1/2016 11:01:44 PM(UTC+0) |
| Call me when you can. All went good. | | |
| **Source Extraction:** File System | | |

| | +12103937659 Rolando Briones | 9/1/2016 11:02:43 PM(UTC+0) |
|---|---|---|

Call you when we're done

Attachments:

IMG_7329.JPG

Source Extraction: File System

---

+19568673280 Leo Lopez — 9/1/2016 11:03:54 PM(UTC+0)

Get him ready for hunting season !

Source Extraction: File System

---

+12103937659 Rolando Briones — 9/1/2016 11:39:52 PM(UTC+0)

Collections department

Source Extraction: File System

---

+19568673280 Leo Lopez — 9/1/2016 11:40:19 PM(UTC+0)

???

Source Extraction: File System

---

+19568673280 Leo Lopez — 9/1/2016 11:43:30 PM(UTC+0)

You have time

Source Extraction: File System

---

+19568673280 Leo Lopez — 9/2/2016 2:38:04 AM(UTC+0)

David.suarez@weslacotx.gov

Source Extraction: File System

---

+19568673280 Leo Lopez — 9/2/2016 2:39:28 AM(UTC+0)

Do u have the CM email ?

Source Extraction: File System

---

+12103937659 Rolando Briones — 9/2/2016 1:34:37 PM(UTC+0)

Yes. I'll send to both

Source Extraction: File System

---

+19568673280 Leo Lopez — 9/2/2016 1:38:15 PM(UTC+0)

Ok

Source Extraction: File System

---

+12103937659 Rolando Briones — 9/2/2016 7:14:37 PM(UTC+0)

here is a screen shot of the email to the mayor and CM

Attachments:

Screen Shot 2016-09-02 at 2.07.14 PM.png

Source Extraction: File System

---

+12103937659 Rolando Briones — 9/9/2016 11:10:14 AM(UTC+0)

any news

Source Extraction: File System

---

+19568673280 Leo Lopez — 9/9/2016 7:52:59 PM(UTC+0)

Next week

Source Extraction: File System

---

+19568673280 Leo Lopez — 9/10/2016 8:37:54 PM(UTC+0)

Are you in town next Friday or Saturday ?

Source Extraction: File System

15

+12103937659 Rolando Briones — 9/10/2016 11:00:28 PM(UTC+0)
Yes
Source Extraction: File System

+19568673280 Leo Lopez — 9/10/2016 11:03:57 PM(UTC+0)
See you then. City engineer approved our invoice. I was told yesterday. We should be getting a ck. Mayor is going to hand deliver it to me. Will let you know on Monday.
Source Extraction: File System

+19568673280 Leo Lopez — 10/18/2016 11:56:12 PM(UTC+0)
Can you send a check for my wife's campaign?
Source Extraction: File System

+19568673280 Leo Lopez — 10/18/2016 11:56:44 PM(UTC+0)
We would really appreciate it.
Source Extraction: File System

+19568673280 Leo Lopez — 10/19/2016 11:12:00 PM(UTC+0)
What's up?  Did u get my text?
Source Extraction: File System

+12103937659 Rolando Briones — 10/20/2016 12:58:48 PM(UTC+0)
Just now been meeting with attorneys all week.
Source Extraction: File System

+12103937659 Rolando Briones — 10/20/2016 12:58:59 PM(UTC+0)
I'll send something on Friday
Source Extraction: File System

+19568673280 Leo Lopez — 10/20/2016 1:36:36 PM(UTC+0)
Ok. Thanks!
Source Extraction: File System

+19568673280 Leo Lopez — 10/21/2016 1:23:41 PM(UTC+0)
Please send me a contribution
Source Extraction: File System

+19568673280 Leo Lopez — 10/24/2016 6:55:35 PM(UTC+0)
Please send my wife a contribution
Source Extraction: File System

+19568673280 Leo Lopez — 10/31/2016 1:10:33 AM(UTC+0)
Can you please help us on my wife's campaign?
Source Extraction: File System

+19568673280 Leo Lopez — 11/6/2016 2:09:55 AM(UTC+0)
Do you have spurs tix for Wednesday? Ryan and I need 2
Source Extraction: File System

+12103937659 Rolando Briones — 11/9/2016 5:24:22 PM(UTC+0)
i dont have any extra. but i'm waiting on a friend to call me back to see if i can have his
Source Extraction: File System

+19568673280 Leo Lopez — 10/5/2017 11:22:44 PM(UTC+0)
Call me
Source Extraction: File System

+19568673280 Leo Lopez — 10/6/2017 2:05:22 PM(UTC+0)
What's up. Need to talk to you. Call me
Source Extraction: File System