**BUSINESS RECORDS AFFIDAVIT**

THE STATE OF TEXAS §
§
COUNTY OF _Hidalgo_ §

**BUSINESS RECORDS AFFIDAVIT**

BEFORE ME, the undersigned authority, personally appeared _Elizabeth Walker_ who, being by me duly sworn, deposed as follows:

1. My name is _Elizabeth Walker_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2. I am the custodian of the records of the documents pertaining to: _____
   _City of Weslaco, Texas_

3. Attached hereto, are _____ pages of copies of the records; to wit: _____
   _12 boxes, 1 CD, 1 USB_

4. The said copies of the records are kept by: _City of Weslaco_
   The number of ___ pages are kept by _City of Weslaco_ in the regular course of business.

5. It is the regular practice of said business for an employee or representative with knowledge of the act, event, incident, order, transaction, invoice, condition, photo, video recording, audio recording, opinion or diagnosis to make the record, or to transmit information thereof to be included in such records.

6. The said records were made at or near the time of occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

7. The said records attached hereto are the originals and/or exact duplicates of the originals.

_____
Affiant's Signature

THE STATE OF TEXAS §
§
COUNTY OF _____ §

SUBSCRIBED AND SWORN TO OR AFFIRMED before me on the _19th_ day of _October_, _2018_ by Affiant _Elizabeth Walker_

_Juanita M Valle_
Notary Public
My Commission Expires: _4/12/2021_

JUANITA M VALLE

GOVERNMENT
EXHIBIT
007

DOJ-T-003292

# United States District Court

SOUTHERN _____ **DISTRICT OF** _____ TEXAS

McALLEN DIVISION

TO:

City of Weslaco
City Secretary, Elizabeth Walker
255 S. Kansas Ave.
Weslaco, Texas 78596

## SUBPOENA TO TESTIFY
## BEFORE GRAND JURY

SUBPOENA FOR:

☐ PERSON   ☒ DOCUMENTS OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | ROOM |
|---|---|
| UNITED STATES DISTRICT COURT BENTSEN TOWER 1701 W. HIGHWAY 83 McALLEN TX 78501 | **GRAND JURY ROOM** 2nd Floor |
| | DATE AND TIME **October 23, 2018 @ 9:00 am** |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): *

Please see subpoena attachment. Please complete the attached Business Records Affidavit.

Compliance with this subpoena may occur by mailing the requested records prior to the appearance date indicated on the face of the subpoena to Special Agent, Jason Malkiewicz, Federal Bureau of Investigation, 1200 N. McColl, McAllen, Texas 78501. Electronic production of the requested records is preferred and can be delivered to jmalkiewicz@fbi.gov. If mailing hardcopies or compact discs, please send information through Federal Express (overnight) to SA Jason Malkiewicz, Federal Bureau of Investigation, 1200 North McColl Rd., McAllen, TX 78501. SA Malkiewicz can be reached directly @ (956) 984-6461. Please do not send materials to the United States Attorney's Office. Should you have any additional questions, please contact Special Agent Jason Malkiewicz at (956) 984-6461.

You are not to disclose the existence of this directive. Any such disclosure would impede the investigation being conducted and thereby interfere with the enforcement of the law.

☐ *Please see additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK DAVID J. BRADLEY, Clerk | DATE |
|---|---|
| (BY) DEPUTY CLERK | 10/10/18 |

| This subpoena is issued upon application of the United States of America RYAN K. PATRICK UNITED STATES ATTORNEY | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY Roberto Lopez, Jr., Assistant United States Attorney 1701 W. Business Highway 83, Suite #600 McAllen, TX 78501 956-618-8010 18-427/16R15273 |
|---|---|

*If not applicable, enter "none."     To be used in lieu of AO110     FORM OBD-227 JAN 86

Printed on Recycled Paper

DOJ-T-003293

**18-427/2016R15273**
**GRAND JURY SUBPOENA ATTACHMENT**

To:     City of Weslaco
        City Secretary, Elizabeth Walker
        255 S. Kansas Ave.
        Weslaco, Texas 78596

**Document Request**

Any and all documents pertaining to the construction, study, engineering, design, bidding, contracts, or invoicing and payment of any drainage systems, Waste Water Treatment Plants, and Water Treatment Plants approved for construction, design, or study by the City of Weslaco from 2000 to present.

Any and all e-mails received by the City of Weslaco, its agents or employees, from e-mails registered to the domain name CDMSmith.com (or @CDMSmith.com); Brionesengineering.com (or @Brionesengineering.com); Brionesservices.com (or @Brionesservices.com).

Any and all e-mails sent by the City of Weslaco, its agents or employees, to e-mails registered to the domain name CDMSmith.com (or @CDMSmith.com); Brionesengineering.com (or @Brionesengineering.com); Brionesservices.com (or @Brionesservices.com).

**General Definitions**

"Documents" shall include, but is not limited to, any Requests for Qualifications (RFQs) issued, any responses to any RFQs; Statements of Qualifications; Preliminary Engineering Reports; Drainage Study; Blueprints; Engineering Designs; Plan Specifications; Construction Manager at Risk Contracts; Prime Contracts, Subcontracts; Contracts; Contract Amendments; Invoices; Applications for Payment; Payments; Requests for Information; Pay Progress Reports; Progress Reports; Bid Packages; Bid Package Recommendations; E-mails; and Correspondence.

**INSTRUCTIONS FOR PRODUCTION OF RECORDS**

I.    General

      A.    Records existing as **Electronically Stored Information (ESI)** shall be
            produced in electronic form and shall include text data and image data
            held:
            1.    In your record retention systems; and/or
            2.    By your technology, data, or other service provider(s).
      B.    Records that do not exist as ESI may be produced in paper or other
            original format and may be converted to image or text data and provided
            as ESI, unless originals are required.

II.   Image Data

      A.    Image data shall be produced in graphic data files in a commonly
            readable, non-proprietary format with the highest image quality

DOJ-T-003294

maintained.

III.   Encryption/Authentication

    A.   ESI may be transmitted in an encrypted container.  Decryption keys and/or passwords shall be produced separately at the time the data are produced.

    B.   Affidavits or certificates of authenticity may be included as part of the electronic production.

**Compliance with this subpoena may occur by mailing the requested records prior to the appearance date indicated on the face of the subpoena to Special Agent, Jason Malkiewicz, Federal Bureau of Investigation, 1200 N. McColl, McAllen, Texas 78501.**

**Electronic production of the requested records is preferred and can be delivered to jmalkiewicz@fbi.gov.  If mailing hardcopies or compact discs, please send information through Federal Express (overnight) to SA Jason Malkiewicz, Federal Bureau of Investigation, 1200 North McColl Rd., Mcallen, TX 78501.  SA Malkiewicz can be reached directly @ (956) 984-6461. Please do not send materials to the United States Attorney's Office.**

**Should you have any additional questions, please contact Special Agent Jason Malkiewicz at (956) 984-6461.**

DOJ-T-003295