# WESLACO CITY COMMISSION

## SPECIAL MEETING

### MARCH 25, 2008

On this 25th day of March, 2008 at 7:00 p.m., the City Commission of the City of Weslaco, Texas convened in Special Session at the Weslaco City Hall, Legislative Chamber, located at 255 South Kansas Avenue.

**NOTE:** If any accommodation for a disability is required, notify the City Secretary's Office at (956) 968-3181, Ext 3101 prior to the meeting date.

**NOTE:** If during the course of the meeting, any discussion of any item on the agenda should be held in executive or closed session, the City Commission will convene in such executive or closed session whether or not such item is posted as an executive session item at any time during the meeting when authorized by the provisions of the Texas Open Meetings Act.

|  |  |
|---|---|
| Mayor | Buddy de la Rosa |
| Mayor Pro-Tem | J.F. "Johnny" Cuellar |
| Commissioner | Soyla R. Gonzalez |
| Commissioner | Adrian Gonzalez |
| Commissioner | Rene Rodriguez, Jr. |
|  |  |
| City Manager | Anthony Covacevich |
| City Secretary | Amanda C. Elizondo |
| City Attorney | Ramon Vela |

Also present: Jim Hiebert, Finance Director; Pete Garcia, Parks & Recreation Director; and other staff members and citizens. Mayor de la Rosa called the meeting to order, a quorum was established and the following proceedings were held.

**I.   NEW BUSINESS**

    A.   <u>Discussion and consideration of awarding professional services engineering contract to CDM in relations to the 2007 Bond Issue and authorize the Mayor to execute the contract. Possible action.</u>

Mayor Pro-Tem John F. Cuellar stated this contract was based on previous conversations, workshop, and worksite and recommended approval of the CDM services as presented in the handout.

Motion was made by Mayor Pro-Tem Cuellar and seconded by Commissioner A. Gonzalez to award the project contract as per the handout.

For the record, the handout (Memorandum dated March 25, 2008 prepared by Mari Garza-Bird, P.E. from CDM) read as follows:

Subject: Summary of Fee for Rehabilitation of the WTP and new 2.5 MGD WWTP

Below is a summary of the fees for the two projects.

Rehabilitation of the WTP

Below is a summary of the fee proposal for the improvements to the water treatment plant.

| Task | Description | Fee | Percent of Construction |
|---|---|---|---|
| **Basic Engineering Services** | | | |
| 1.0 | Preliminary Engineering | $ 65,000 | 4.33% |
| 2.0 | Design | $163,000 | 10.87% |
| 3.0 | Construction Services | $ 45,000 | 3.00% |
| | Total Basic Engineering Services | $273,000 | 18.20% |
| **Additional Services (not to exceed)** | | | |
| 4.0 | Geotechnical Design Services | $ 15,000 | 1.00% |
| 5.0 | Surveying Services | $ 40,000 | 2.67% |
| 6.0 | Resident Project Representative | $100,000 | 6.67% |
| 7.0 | Construction materials testing | $ 23,000 | 1.53% |
| | Total Additional Services | $178,000 | 11.87% |
| | Total Engineering Services | $451,000 | 30.07% |

New 2.5 MCD Wastewater Treatment Plant

Below is a summary of the fee proposal for the improvements to the water treatment plant.

| Task | Description | Fee | Percent of Construction |
|---|---|---|---|
| **Basic Engineering Services** | | | |
| 1.0 | Preliminary Engineering | $ 395,000 | 3.65% |
| 2.0 | Design | $1,304,000 | 12.05% |
| 3.0 | Construction Services | $ 378,700 | 3.50% |
| | Total Basic Engineering Services | $2,077,700 | 19.20% |
| **Additional Services (not to exceed)** | | | |
| 4.0 | Permitting | $ 30,000 | 0.28% |
| 5.0 | Geotechnical Design Services | $ 100,000 | 0.92% |
| 6.0 | Surveying Services | $ 60,000 | 0.55% |
| 7.0 | Resident Project Representative | $ 705,000 | 6.52% |
| 8.0 | Construction materials testing | $ 271,000 | 2.50% |
| | Total Additional Services | $1,166,000 | 10.78% |
| | Total Engineering Services | $3,243,700 | 29.98% |

Mr. Covacevich stated this was based on the work needed to improve the water plant that was for 1.5 million dollars and 10.8 million dollars for the wastewater plant. He added the previous memo pertaining to the water treatment plant was for basic

2  Item I.A.1.

services and the additional services were estimates. Mr. Covacevich indicated the wastewater treatment plant had the basic engineering services only.

Mayor de la Rosa stated a motion had been made to separate the additional fees for the projects. He asked if the City Commission was voting on the fees.

Mr. Covacevich responded they were voting on the contract.

Mayor Pro-Tem Cuellar stated the motion was to include the numbers and award the contract for these projects.

Mr. Covacevich stated the contract was based on the water treatment plant for 1.5 million dollars for renovations and for a new wastewater treatment plant for $10,821,000.

Mayor de la Rosa stated the city would be spending 1.5 million dollars on the water treatment plant; $270,000 was for the geo-testing, survey, construction testing, which was cost associated with the construction. He added 18% of the 1.5 million dollars was engineering fees and the 30% was extra for the wastewater treatment plant. Mayor de la Rosa stated he could not work with the information presented and needed more time to study it.

Motion carried as follows: FOR: Mayor Pro-Tem Cuellar, Commissioners: S. Gonzalez and A. Gonzalez. AGAINST: Mayor de la Rosa and Commissioner Rodriguez.

  B. <u>Discussion and consideration on the selection of a procurement method for the construction of the 2007 Bond Issue - Water and Sewer Plants Projects. Possible action.</u>

Mayor de la Rosa asked how many projects were being proposed for the procurement method.

Mr. Covacevich responded if the city would be going with the time that he was proposing whereby the city would only spent 1.5 million dollars on the water plant and 10.8 million dollars on the sewer plant then they would use the construction manager appraised at 10.8 million dollars. He added the project would start with the sewer plant and then with the water plant. Mr. Covacevich stated CDM was already on site and would do the sewer plant on a construction manager plan.

Motion was made by Commissioner A. Gonzalez and seconded by Mayor Pro-Tem Cuellar to approve the construction management at risk method.

Motion carried as follows: FOR: Mayor Pro-Tem Cuellar, Commissioners: S. Gonzalez and A. Gonzalez. AGAINST: Mayor de la Rosa and Commissioner Rodriguez.

3

Item I.A.1.

C. <u>Discussion and consideration to approve and adopt Ordinance No. 2008-11 granting a utility easement to American Electric Power Company for the Public Facilities Building. First reading of Ordinance No. 2008-11. Possible action.</u>

Mr. Covacevich recommended deeding the easement to AEP Company to provide electricity to the Public Facilities Building at the Industrial Park.

Motion was made by Mayor Pro-Tem Cuellar and seconded by Commissioner A. Gonzalez to accept the recommendation of the City Manager. Motion carried unanimously.

## II. <u>EXECUTIVE SESSION</u>

At 7:08 p.m., Tuesday, March 25, 2008, Mayor de la Rosa announced the City Commission would convene in executive session to discuss the following items and recessed the special meeting.

At 7:29 p.m., Tuesday, March 25, 2008, Mayor de la Rosa announced the City Commission had completed its executive session and declared the special meeting opened to the public.

A. <u>Discussion and consideration of an economic development incentive of (a) over one hundred thousand dollars ($100,000.00) by the Economic Development Corporation of Weslaco to a furniture distribution center to locate in Weslaco and (b) a request for a sales tax rebate for all sales from the proposed center. Possible action of what is discussed in executive session.</u>

Motion was made by Commissioner Rodriguez and seconded by Commissioner A. Gonzalez to authorize the Weslaco EDC to proceed with offering a sales tax rebate for ten years to a furniture distribution center to locate in Weslaco.

Hernan Gonzalez, Executive Director for economic development, asked if the City Commission could amend the motion to authorize the offering of incentives from the EDC of $200,000.

Mayor de la Rosa stated the motion would stand as made.

Motion carried unanimously.

There being no more discussion, Mayor de la Rosa adjourn the meeting. Motion carried unanimously.

CITY OF WESLACO

_____
MAYOR, Buddy de la Rosa

4

Item I.A.1.

ATTEST:

_____
CITY SECRETARY, Amanda C. Elizondo

_____
MAYOR PRO-TEM, J. F. "Johnny" Cuellar

_____
COMMISSIONER, Soyla R. Gonzalez

_____
COMMISSIONER, Adrian Gonzalez

_____
COMMISSIONER, Rene Rodriguez, Jr.

Item I.A.1.