

**A SPECIAL MEETING
OF THE WESLACO CITY COMMISSION
SEPTEMBER 8, 2011**

On this 8th day of September 2011 at 5:30 p.m., the City Commission of the City of Weslaco, Texas convened in Special Session at City Hall in the Legislative Chamber, located at 255 South Kansas Avenue with the following members present:

| | |
|---|---|
| Mayor | Miguel D. Wise |
| Mayor Pro-Tem | J.F. "Johnny" Cuellar |
| Commissioner | Olga M. Noriega |
| Commissioner | Gerardo "Gerry" Tafolla |
| Commissioner | Lupe V. Rivera |
| | |
| City Manager | Leonardo Olivares |
| City Secretary | Elizabeth Walker |
| City Attorney | Ramon Vela |

Also present: Rey Garcia, IT Direcotr; Bret Mann, Finance Director; Elvia Rios, Interim Human Resources Director; David Salinas, Public Utilities Director; Police Chief Juan Sifuentes; George Gonzalez, Planning Director; Oscar Garcia, Public Facilities Director; Sonia Flores, Assistant Finance Director; and other staff members and citizens.

## I.    CALL TO ORDER

A.    Certification of Public Notice.
Mayor Wise called the meeting to order and certified the public notice of the meeting as properly posted September 5, 2011.

B.    Pledge of Allegiance.
In honor of World Prayer Day, Mayor Wise led an invocation, then recited the Pledge of Allegiance.

C.    Roll Call.
Elizabeth Walker, City Secretary, called the roll, noting Commissioners Garza and Martinez as absent

## II.    PUBLIC HEARING

A.    To solicit input on the proposed Municipal Budget for the City of Weslaco, Texas, for the fiscal year beginning October 1, 2011 and ending September 30, 2012.

Mayor Pro-Tem Cuellar, seconded by Commissioner Rivera, moved to open the public hearing.  The motion carried unanimously; Mayor Wise was present, but not voting.

Ms. Sarah Williams, executive director of Frontera Audubon, expressed appreciation to the City for its financial support and requested assistance to continue programming

**GOVERNMENT
EXHIBIT
021**

DOJ_0039419

and improve the Skaggs House.

Mayor Pro-Tem Cuellar, seconded by Commissioner Rivera, moved to close the public hearing.  The motion carried unanimously; Mayor Wise was present, but not voting.

III.     **NEW BUSINESS**

A.     Discussion and consideration to adopt a budget for the City of Weslaco, Texas, for the fiscal year beginning October 1, 2011 and ending September 30, 2012.  First reading of Ordinance No. 2011-24.  Possible action.  Attachment.

The City Manager presented the proposed budget, which incorporates suggestions from the Commission since initially presented August 15.  Finance Director Bret Mann stated the budget allocates about 250 full-time positions, with no capital outlay, no sick leave buy-back, nor any increases resulting from the Collective Bargaining Agreements; however, at the end of the fiscal year, adherence to this proposed budget should net $636,065.00 toward the fund balance.  The Mayor and Commissioner Noriega expressed concerns to avoid the "creep factor" of hiring back positions vacated by the Voluntary Separation Plan and the Reduction n Force.  The City Manager clarified that he filled department directors' positions as created by the Commission, promoting from within whenever for qualified internal applicants; as a whole he believes those hirings constitute a savings to the City and the actions are defensible.

Mayor Pro-Tem Cuellar, seconded by Commissioner Rivera, moved to approve the item as presented.  The motion carried unanimously; Mayor Wise was present, but not voting.

B.     Discussion and consideration to approve the Preliminary Engineering Report with Debt Capacity Study for the Water Treatment Plant as prepared by CDM.  Possible action.  (Commission approved draft Preliminary Engineering Report on August 16.) Attachment.

Ms. Mari Garza-Bird presented an analysis of the debt capacity to fund the $41.8 million improvements to the Water Treatment Plant.  She noted it does not appear cost-effective to expand by an additional 4 million gallons/day of production; as presented, the study recommends substantial rate increases.  The Mayor Pro-Tem commented that it appears cost-proportionate, the City buying what it can afford incrementally through rate increases.

Mayor Pro-Tem Cuellar, seconded by Commissioner Rivera, moved to approve the item as presented.  The motion carried unanimously; Mayor Wise was present, but not voting.

C.     Discussion and consideration to authorize the City Manager to negotiate a contract with Briones Consulting and Engineering, Ltd. for design of the Water Treatment Plant expansion and associated projects in accordance with City Commission action

DOJ_0039420

on August 16, 2011 as per Local Government Code 252.022(a)(2).  Possible action. Attachment.

The City Manager stated there is urgency to complete the Water Treatment Plant expansion as it already is functioning at capacity and has been cited for non-compliance by the Texas Commission on Environmental Quality.  He stated for cities this size, only either the traditional or construction manager-at-risk model (CMAR) is available; he stated staff recommends the CMAR process to cut 1 ½ years from the construction timetable.

Commissioner Tafolla, seconded by Commissioner Rivera, moved to approve the item as presented.  The motion carried unanimously; Mayor Wise was present, but not voting.

D.   Discussion and consideration to authorize the City Manager to negotiate a pre-construction services contract with CDM Constructors, Inc. (CCI) for the Water Treatment Plant expansion and associated projects in accordance with City Commission action on August 16, 2011 as per Local Government Code 252.022(a)(2). Possible action.  Attachment.

The City Manager stated this action constitutes the second part of the CMAR process, since the design phase was awarded through the previous action.  Mayor Pro-Tem Cuellar, seconded by Commissioner Tafolla, moved to approve the item as presented. The motion carried unanimously; Mayor Wise was present, but not voting.

E.   Discussion and consideration to award the Professional Services Agreement to Cruz-Hogan Consulting Engineers for engineering services related to the Federal Emergency Management Agency (FEMA) Hazard Mitigation Grant Program for the Flood Drainage Improvement Project at the Las Brisas del Oro Subdivision in an amount not to exceed $155,000.00.  Possible action.  (Cruz-Hogan designated as project engineer by Commission action on April 5, 2011; there was no action on this item June 21, 2011.)  Attachment.

Mayor Pro-Tem Cuellar, seconded by Commissioner Tafolla, moved to approve the item as presented.  The motion carried unanimously; Mayor Wise was present, but not voting.

F.   Discussion and consideration to award the Professional Services Agreement to Cruz-Hogan Consulting Engineers for engineering services related to the Federal Emergency Management Agency (FEMA) Hazard Mitigation Grant Program for the Flood Drainage Improvement Project at the South Detention System in an amount not to exceed $158,000.00.  Possible action.  Attachment.

Mayor Pro-Tem Cuellar, seconded by Commissioner Rivera, moved to approve the item as presented.  The motion carried unanimously; Mayor Wise was present, but not voting.

G.   Discussion and consideration to approve budget amendments in the amounts of

$104,018.00 and $60,256.00 to recognize proceeds from the sale of assets and confiscated property at the City auction held August 27, 2011.  Possible action. Attachment.

Mayor Pro-Tem Cuellar, seconded by Commissioner Tafolla, moved to approve the item as presented.  The motion carried unanimously; Mayor Wise was present, but not voting.

H.   Discussion and consideration to approve a budget amendment in the amount of $18,622.00 to purchase seized vehicles for use by various City departments.  Possible action.  Attachment.

Commissioner Rivera, seconded by Commissioner Tafolla, moved to approve the item as presented.  The motion carried unanimously; Mayor Wise was present, but not voting.

## IV.    **PUBLIC COMMENTS**

Ms. Sarah Williams with Frontera Audubon added that the organization requests $18,000.00, of which $10,000 would be dedicated for the Skaggs House improvements and $8,000.00 would be dedicated to programming.

## V.    **ADJOURNMENT**

With no other business before the Commission, Mayor Pro-Tem Cuellar, seconded by Commissioner Rivera, moved to adjourn the September 8, 2011 meeting.  The motion carried unanimously; Mayor Wise was present, but not voting.

**CITY OF WESLACO**

_____
**MAYOR**, Miguel D. Wise

**ATTEST:**

_____
**CITY SECRETARY**, Elizabeth M. Walker

_____
**MAYOR PRO-TEM,** J.F. "Johnny" Cuellar

_____(absent)_____
**COMMISSIONER**, Robert J. Garza

_____
**COMMISSIONER**, Olga M. Noriega

_____
**COMMISSIONER**, Gerardo "Gerry" Tafolla

_____
**COMMISSIONER**, Lupe V. Rivera

DOJ_0039422

_____(absent)_____
**COMMISSIONER**, Joe A. Martinez

DOJ_0039423