

# A SPECIAL MEETING OF THE WESLACO CITY COMMISSION OCTOBER 6, 2011

On this 6th day of October 2011 at 5:30 p.m., the City Commission of the City of Weslaco, Texas convened in Special Session at City Hall in the Legislative Chamber, located at 255 South Kansas Avenue with the following members present:

| | |
|---|---|
| Mayor Pro-Tem | J.F. "Johnny" Cuellar |
| Commissioner | Gerardo "Gerry" Tafolla |
| Commissioner | Lupe V. Rivera |
| Commissioner | Joe A. Martinez |
| | |
| City Manager | Leonardo Olivares |
| City Attorney | Ramon Vela |
| City Secretary | Elizabeth Walker |

Also present: Rey Garcia, IT Director; Bret Mann, Finance Director; David Salinas, Public Utilities Director; and other staff members and citizens.

## I. CALL TO ORDER

A. Certification of Public Notice.
In the absence of the Mayor, Mayor Pro-Tem Cuellar as presiding officer called the meeting to order and certified the public notice of the meeting as properly posted Monday, October 3, 2011.

B. Pledge of Allegiance.
Mayor Pro-Tem Cuellar recited the Pledge of Allegiance.

C. Roll Call.
Elizabeth Walker, City Secretary, called the roll, noting the absence of the Mayor and Commissioners Garza and Noriega; a quorum was present.

## II. NEW BUSINESS

A. Discussion and consideration to approve a Professional Services Agreement for engineering services with Briones Consulting and Engineering, Ltd. for design of the Water Treatment Plant expansion and associated projects for a project(s) pursuant to Local Government Code 252.022(a)(2). Possible action. (Commission authorized negotiations toward this contract September 8, 2011.) Attachment.

The City Manager stated this is arguably the most important project of the City and stated this Construction-Manager-at-Risk process will allow the City to get back on schedule toward completion. Ms. Mari Garza-Bird, with CDM, explained that



GOVERNMENT EXHIBIT 022

similar to the public facility building and north Waste Water Treatment Plant construction projects, much of the funding through sub-contractors remains local.

Commissioner Rivera, seconded by Commissioner Tafolla, moved to approve a Professional Services Agreement for engineering services as negotiated by the City Manager with Briones Consulting and Engineering, Ltd. for design of the Water Treatment Plant expansion and associated projects for a project(s) pursuant to Local Government Code 252.022(a)(2). The motion carried unanimously; Mayor Pro-Tem Cuellar was present, but not voting.

B. Discussion and consideration to approve a Professional Services Agreement for pre-construction services with CDM Constructors, Inc. (CCI) for the Water Treatment Plant expansion and associated projects for a project(s) pursuant to Local Government Code 252.022(a)(2). Possible action. (Commission authorized negotiations toward this contract September 8, 2011.) Attachment.

The City Manager stated this contract is for pre-construction exclusively, not construction; he added that since CDM already completed as much as 10% of pre-construction through its contract on the design phase, contracting with the same company should provide greater efficiencies.

Commissioner Tafolla, seconded by Commissioner Martinez, moved to approve a Professional Services Agreement for pre-construction services as negotiated by the City Manager with CDM Constructors, Inc. (CCI) for the Water Treatment Plant expansion and associated projects for a project(s) pursuant to Local Government Code 252.022(a)(2). Possible action. The motion carried unanimously; Mayor Pro-Tem Cuellar was present, but not voting.

**III. PUBLIC COMMENTS**

There were no public comments received.

**IV. EXECUTIVE SESSION**

There were no executive session items posted as part of this agenda and no item was considered in executive session.

**V. POSSIBLE ACTION ON WHAT IS DISCUSSED IN EXECUTIVE SESSION**

**VI. ADJOURNMENT**

With no other business before the Commission, at 5:45 p.m. Commissioner Tafolla, seconded by Commissioner Rivera, moved to adjourn the October 6, 2011 special meeting. The motion carried unanimously; Mayor Pro-Tem Cuellar was present, but not voting.

**CITY OF WESLACO**

(absent)

**MAYOR**, Miguel D. Wise

**ATTEST:**

______________________________
**CITY SECRETARY**, Elizabeth M. Walker

As presiding officer
**MAYOR PRO-TEM,** J.F. "Johnny" Cuellar

(absent)
**COMMISSIONER**, Robert J. Garza

(absent)
**COMMISSIONER**, Olga M. Noriega

______________________________
**COMMISSIONER**, Gerardo "Gerry" Tafolla

______________________________
**COMMISSIONER**, Lupe V. Rivera

______________________________
**COMMISSIONER**, Joe A. Martinez