

# A SPECIAL MEETING
## OF THE WESLACO CITY COMMISSION
### Thursday, September 20, 2012

On this 20th day of September at 5:30 p.m., the City Commission of the City of Weslaco, Texas convened in Special Session at City Hall in the Legislative Chamber, located at 255 South Kansas Avenue with the following members present:

| | |
|---|---|
| Mayor | Miguel D. Wise |
| Mayor Pro-Tem | J.F. "Johnny" Cuellar |
| Commissioner | Robert J. Garza |
| Commissioner | Olga M. Noriega |
| Commissioner | Gerardo "Jerry" Tafolla |
| Commissioner | Lupe V. Rivera |
| Commissioner | Joe A. Martinez |
| | |
| City Manager | Leonardo Olivares |
| City Secretary | Elizabeth Walker |

Also present: Rey Garcia, IT Director; Gloria Givilancz, Assistant Finance Director; David Salinas, Public Utilities Director, and other staff members and citizens.

I. **CALL TO ORDER**

   A. <u>Certification of Public Notice</u>.
      Mayor Wise called the meeting to order and certified the public notice of the meeting as properly posted Monday, September 17, 2012.

   B. <u>Pledge of Allegiance</u>.
      Mayor Wise recited the Pledge of Allegiance.

   C. <u>Roll Call</u>.
      Elizabeth Walker, City Secretary, called the roll, noting perfect attendance.

II. **NEW BUSINESS**

   A. <u>Discussion and consideration to approve an amendment to the construction-manager-at-risk contract with Briones Engineering to include automation of the Water Treatment Plant and daily construction inspection in an amount not to exceed $3,900,000.00, authorize a budget amendment as appropriate, and authorize the Mayor to execute any related documents. Possible action. (Commission approved agreement October 6, 2011; Requested by Public Utilities Department.) Attachment</u>.

   The City Manager reviewed the ongoing work in expansion of the Water Treatment Plant, the "most important infrastructure project for the City," with valued construction of $43.3 million through a construction-manager-at-risk process with



Briones Engineering and CCI as general contractors. The design is 100% complete. He clarified the two components of the agenda item, including automation and inspection. Mr. Briones stated that automation systems pay for themselves through cost-saving of manpower, in this case over about ten years; the inspectors typically come from one of three sources, on-site, third party, or design firm.

Mr. David Salinas stated an automated plat could be operated with existing staff levels; a manually operated plant would require four new employees; automation also allows detailed programming with fewer mistakes.

The City Manager stated this cost would be paid through the contingency already allocated to the project; no new monies need be budgeted; the Mayor observed that of the cost proposal, 40% appears allocated to inspectors, 60% to the automation system and inquired if the $2 million may be applied to the bond. Mr. Salinas stated the bond is worded for water system improvements so it may not be transferred to the wastewater improvement project.

Commissioner Tafolla, seconded by Commissioner Rivera, moved to approve the item as presented in amount not to exceed $2,978,950.00. The motion carried unanimously; Mayor Wise was present, but not voting.

**III.**     **PUBLIC COMMENTS**

There were no public comments received.

**IV.**     **ADJOURNMENT**

With no other business before the Commission, at 6:00 p.m. Mayor Pro-Tem Cuellar, seconded by Commissioner Garza, moved to adjourn the September 20, 2012 meeting. The motion carried unanimously; Mayor Wise was present, but not voting.

**CITY OF WESLACO**

_____
**MAYOR**, Miguel D. Wise

**ATTEST:**

_____
**CITY SECRETARY**, Elizabeth M. Walker

_____
**MAYOR PRO-TEM**, J.F. "Johnny" Cuellar

_____
**COMMISSIONER**, Robert J. Garza

_____
**COMMISSIONER**, Olga M. Noriega

_____

_____
**COMMISSIONER**, Gerardo "Jerry" Tafolla

_____
**COMMISSIONER**, Lupe V. Rivera

_____
**COMMISSIONER**, Joe A. Martinez