| | |
|---|---|
| **From:** | Elizabeth M. Walker |
| **Sent:** | Friday, May 2, 2014 10:21 AM |
| **To:** | David Salinas; 'rbriones@brionesengineering.com' |
| **Cc:** | Leonardo Olivares; Ramon Vela |
| **Subject:** | RE: BRIONES: Weslaco South WWTP - PER |

Mr. Briones,

To clarify the record, can you please transmit to me all amendments as executed?
I appreciate your prompt attention.

Have a great weekend.

Elizabeth Walker
City Secretary
City of Weslaco
255 South Kansas Ave.
Weslaco, Texas 78596
P 956.968.3181
www.weslacotx.gov

**From:** Rolando Briones [mailto:rbriones@brionesengineering.com]
**Sent:** Friday, April 25, 2014 4:47 PM
**To:** Leonardo Olivares; David Salinas
**Cc:** Kevin Johnston
**Subject:** BRIONES: Weslaco South WWTP - PER

Mr. City Manager, there are two amendments to our contract. We left the number 2 open in case there was going to be an additional amendment at the Water Plant.

The only signed Amendments are #1 and #2.

Thank you.

Rolando


Begin forwarded message:

**From:** Rolando Briones <rbriones@brionesengineering.com>
**Subject: Fwd: Weslaco South WWTP - PER**
**Date:** April 24, 2014 at 6:58:05 PM CDT
**To:** David Salinas <dsalinas@weslacotx.gov>, Leonardo Leo Olivares <lolivares@weslacotx.gov>

1

GOVERNMENT EXHIBIT
154

DOJ_0129104

Gov EX Page 1 of 2

Rolando H. Briones, P.E.
Briones Engineering
Cell (210) 393-7659

2