| | |
|---|---|
| **From:** | Bjorn P. Boentges, PE, CFM <bboentges@brionesengineering.com> |
| **Sent:** | Wednesday, September 2, 2015 1:45 PM |
| **To:** | David Salinas |
| **Cc:** | Mardoqueo Hinojosa; rbriones@brionesengineering.com; 'Fernando Molina'; 'Craig Kasper' |
| **Subject:** | Weslaco WTP & ODS August 2015 Monthly Status Report |
| **Attachments:** | BRIONES MSR_8.01.15 thru 8.31.15_COMBINED.pdf |

David,

Please find attached the Monthly Status Report for the month of August 2015. Please let me know if you have any questions or comments.

Thanks,

BJORN P. BOENTGES, PE, CFM
BRIONES CONSULTING & ENGINEERING, LTD.
8118 BROADWAY
SAN ANTONIO, TX 78209
210.828.1431



1

GOVERNMENT
EXHIBIT
**157**

DOJ_0129114

**Briones Consulting & Engineering, Ltd**
8118 Broadway, San Antonio, Texas 78209
T 210.828.1431  F 210.828.1432
TBPE Firm Reg. No. F-5028

# Work Progress Report

| | |
|---|---|
| Project Reference: | Weslaco Water Treatment Plant & Offsite Distribution System |
| Progress Report Period: | August 1, 2015 through August 31, 2015 |
| Date Prepared: | 09/02/2015 |
| Prepared By: | Bjorn P. Boentges, PE, CFM |

**Summary**

This Work Progress Report provides a summary of work completed from August 1, 2015 through August 31, 2015.

**Work Progress, Meetings, and Deliverables by Task**

- Phase 1 - Final Design (100% Complete)
  - o  1.0 General Tasks
    - ▪  Nothing additional to report.
  - o  1.1 Regulatory and Permitting Tasks
    - ▪  Nothing additional to report.
  - o  1.2 Water Treatment Plant Design
    - ▪  Nothing additional to report.
  - o  1.3 Distribution System Improvements
    - ▪  Nothing additional to report.

- Phase 2 - Construction Services (100%)
  - o  2.0 General Tasks
    - ▪  Reviewed contractor's pay application for preceding month.
    - ▪  Prepared monthly status report for previous month.
    - ▪  Engineer performed field observation at the following locations:
      - Harlon Block Elevated Storage Tank
      - Milano Elevated Storage Tank
      - Water Treatment Plant Site
      - Offsite distribution system piping improvements have previously been completed and no additional observation was required for those project components.

DOJ_0129115

**Briones Consulting & Engineering, Ltd**
8118 Broadway, San Antonio, Texas 78209
T 210.828.1431  F 210.828.1432
TBPE Firm Reg. No. F-5028

- o  2.1 Bidding Tasks
    - ▪  Nothing additional to report.
- o  2.2 Submittal Review Tasks
    - ▪  Performing ongoing review of contractor submittals and requests for information.
    - ▪  Submittals and RFI's reviewed by Briones Consulting & Engineering and design team in August 2015 include:
        - ι  WTP-D-15200-06-A BFV at Drain Lift Station
        - ι  RFI-279 Baffle Wall Length
        - ι  RFI-270 Door Stops
        - ι  RFI-265 Drain Lift Station Tie-In
        - ι  RFI-266 36" Flushing Connection
- o  2.3 Testing Tasks
    - ▪  Nothing additional to report.

ι  Phase 3 - Start-Up and Operations Services (95%)
- o  3.0 General Tasks
    - ▪  Briones Consulting & Engineering, Ltd. resident project representative participated in observation of mechanical testing and startup operations.
- o  3.1 Records and Documentation
    - ▪  Providing photographs of ongoing construction activities.
    - ▪  Reviewing operations & maintenance submittals to ensure redlines are in compliance with actual in-field construction

**Addendum No. 1 (85.47% Complete)**

ι  Applications Engineering Task (87% Complete)
- o  Design & Engineering (100% Complete, 68% of Scope)
- o  Construction and Implementation (58% Complete, 32% of Scope)
- o  Continuing project management duties for SCADA implementation.
- o  Ongoing review and resolution of submittals and RFI's pertinent to SCADA implementation.

ι  Resident Project Representative (RPR) (85.47% Complete)
- o  Briones Consulting & Engineering, Ltd. resident project representative, Conrado Garza, continued daily observation and reporting duties for work being performed at

DOJ_0129116

**Briones Consulting & Engineering, Ltd**
8118 Broadway, San Antonio, Texas 78209
T 210.828.1431  F 210.828.1432
TBPE Firm Reg. No. F-5028

the water treatment plant, Milano elevated storage tank, Harlon Block elevated
storage tank, and distribution system.

- o   Resident Project Representative observes daily construction activities, attends
  regular project meetings, walkthroughs, and mechanical startups.
- o   RPR confers with Engineer for review of pay applications, RFI's, and other pertinent
  construction-phase tasks.
- o   Copies of RPR's daily field logs and photographs are attached to this report.

ι   Owner's Representative & CMAR Advisory Services (85.47% Complete)

- o   Reviewing Contractor's Applications for Payment for accuracy and conformance with
  work observed by Resident Project Representative and Engineer's field observations.
- o   Continually reviewing and assisting with Bid Package and other work
  recommendations.
- o   Presented Plant 2, 3, and 4 Valve Rehabilitation to Commissioner's Court on August
  18, 2015.
- o   Coordinated efforts for Clarifier No. 4 rehab bid and provided Bid Package
  Recommendation to the City.
- o   Attended construction progress meeting on August 11, 2015.
- o   Attending monthly field meetings at project site.
- o   Coordinating efforts between various engineering disciplines.
- o   Continually assisting with TCEQ coordination by drafting Quarterly Reports on behalf
  of the City.

**Complimentary Services (100% Complete)**

ι   Milano Elevated Storage Tank Rehabilitation (100% Complete)

- o   Preliminary Engineering
  - ▪   Nothing additional to report.
- o   Construction Plans
  - ▪   Nothing additional to report.
- o   Specifications
  - ▪   Nothing additional to report.
- o   Bidding & Construction Phase Services
  - ▪   Nothing additional to report.

DOJ_0129117

No.: 001

Date: 8/03/15 Monday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old chem bldg | Forming Walls | Work in Progress | | |
| 2 | Plant 2 | Demo existing equipment | Work in Progress | | |
| 3 | Old chem bldg | Eye Wash | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Concrete | Saenz Utility  6 | 8 | Manual |
| Electrical | Rosendin Electric 10 | 8 | Manual |
| Plumbing | Montez Plumbing 1 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Case | Trackhoe | 1 | | CDM |
| Volvo | Backhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 99 | 77 |

**Lab Activities:**

DOJ_0129118

No.: 002
Date 8/03/15 Monday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is observed working on chains and flights at Plant 2, also CDM is observed working on roadway between Plant 1 and Plant 2.

Saenz Utility is observed  Forming walls at Old Chem Bldg for rapid mixer modification.

Rosendin Electric is observed removing all exhisting panel boxes and old fixtures at plant 2 so new equipment can be installed.

**Project Rep.:**

Conrado Garza

DOJ_0129119

No.: 001

Date: 8/04/15 Tuesday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Demo old Electrical Equipment | Work in Progress | | |
| 2 | Old chem | Wall forming | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 9 | 8 | Manual |
| Concrete | Saenz Utility  6 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Case | Trackhoe | 1 | | CDM |
| JLG 10054 | Skytrack | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 100 | 78 |

**Lab Activities:**

DOJ_0129120

No.: 002
_____

Date 8/04/15 Tuesday
_____



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is working on 8"  Drain line at plant 2 from new flocs and also on sed basins at Plant 2.

Rosendin electric is observed working on new electrical conduit and making racks for electrical boxes.

Saenz Utility is observed working at Old Chem Bldg forming walls for rapid mixer modifications.

**Project Rep.:**

Conrado Garza

DOJ_0129121

**No.: 001**

**Date: 8/05/15 Wednesday**



**B R I O N E S**
CONSULTING & ENGINEERING LTD
TBPE FIRM REGISTRATION No. F-6028

### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|----------|----------|-------------|----------|------|----------|
| 1 | Plant 2 | New electrical boxes | Work in Progress | | |
| 2 | Old Chem | Wall forms rapid mix | Work in Progress | | |
| 3 | Plant 2 | Conduit and wire to Boxes | Work in Progress | | |
| 4 | Plant 2 | Water line to Manhole | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|-------------|----------|-------|-----------|
| Electrical | Rosendin Electrical 10 | 8 | Manual |
| Concrete | Saenz Utility 6 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|-----------|-------------|----------|------|--------|
| Volvo | Backhoe | 1 | | CDM |
| Case | Trackhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|------------|------|-----|
| Sunny | 100 | 78 |

**Lab Activities:**

DOJ_0129122

**No.: 002**

**Date 8/05/15 Wednesday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is observed working on 8 " Drain line to Plant 2 from new flocs.

Saenz is observed forming wall at old chem rapid mix structure.

Rosendin Electric continues to  install electrical boxes and installing conduit for valves at Plant 2.

CDM came to work on water leak and to install blind flange at high service. ( Night work.)

**Project Rep.:**

Conrado Garza

DOJ_0129123

**No.: 001**

**Date: 8/06/15 Thursday**



**BRIONES**
CONSULTING & ENGINEERING LTD
TBPE FIRM REGISTRATION No. F-6358

### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|----------|----------|-------------|----------|------|----------|
| 1 | High Serv Generator | Stairs and Hand Rails | Work in Progress | | |
| 2 | Old chem Bldg | Forming walls | Work in Progress | | |
| 3 | Plant 2 | Chain and flights | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|-------------|----------|-------|-----------|
| Concrete | Saenz Utility 4 | 8 | Manual |
| Electrical | Rosendin Electric 9 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|-----------|-------------|----------|------|--------|
| Cat 330 | Trackhoe | 1 | | CDM |
| Volvo BL60B | Bachhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|------------|------|-----|
| Sunny | 100 | 78 |

**Lab Activities:**

DOJ_0129124

**No.: 002**

**Date 8/06/15 Thursday**



**BRIONES**
CONSULTING & ENGINEERING LTD
TBPE FIRM REGISTRATION NO. F-8025

**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Remarks:**

CDM is observed working on High Service Generator stairs and hand rails.

Saenz is working on forming walls for rapid mixer at old chem bldg.

Rosendin Elec. is observed working at various locationsof the water plant installing electrical conduit and panels

CDM is observed installing 8" Drain line from new flocs to plant 2 Manhole.

CDM continues to work at Plant 2 on installation of chains and flights.

**Project Rep.:** _____

Conrado Garza

DOJ_0129125

No.: 001
Date: 8/07/15 Friday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old chem | Demo | Work in Progress | | |
| 2 | Old chem | Wall Forms | Work in Progress | | |
| 3 | Generator | Hand rails | Work in Progress | | |
| 4 | Plant 2 | Electrical | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 10 | 8 | Manual |
| Forming | Saenz Utility 6 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Volvo | Backhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 99 | 75 |

**Lab Activities:**

DOJ_0129126

No.: 002
Date 8/07/15 Friday



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Remarks:**

Rosendin Electric is observed at old chem bldg  installing conduit and electrical panels.

CDM is observed working on 8" Drain line from flocs to Plant 2.

Saenz Utility is observed working at old Chemical Bldg  forming rapid mix walls.

CDM continues to work on chains and flights installation at Plant 2.

**Project Rep.:**

Conrado Garza

DOJ_0129127

No.: 001

Date: 8/10/15 Monday



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old chem bldg | Forming Walls | Work in Progress | | |
| 2 | High serv pump | Demo exhisting equipment | Work in Progress | | |
| 3 | New Flocs | Concrete support Pad | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Concrete | Saenz Utility 3 | 8 | Manual |
| Electrical | Rosendin Electric 10 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Case | Trackhoe | 1 | | CDM |
| Volvo | Backhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 101 | 76 |

**Lab Activities:**

DOJ_0129128

**No.: 002**

**Date 8/10/15 Monday**



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Remarks:**

CDM is observed installing hand rails at new high service Generator.

Saenz is observed working on rapid mix modification walls at old chemical building.

CDM is observed working on flights and chains installation at Plant 2.

Rosendin Electric is observed  installing electrical conduit,pulling wire and installing electrical Panel boxes.

**Project Rep.:**

Conrado Garza

DOJ_0129129

No.: 001
Date: 8/11/15 Tuesday



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Electrical | Work in Progress | | |
| 2 | Old chem | Wall forming | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 10 | 8 | Manual |
| Concrete | Saenz Utility 5 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Case | Trackhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 99 | 76 |

**Lab Activities:**

DOJ_0129130

**No.: 002**
**Date 8/11/15 Tuesday**



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM continues to work in various locations of water plant and is observed working on stairs for new floculation Basins behind old chemical building.

Rosendin electric is observed installing electrical boxes and conduit at plant 2.

CDM is also observed working at Plant 2 sed basins chains and flights installation.

Saenz utility is observed forming rapid mixer walls at old chemical building.

**Project Rep.:**

Conrado Garza

DOJ_0129131

No.: 001
Date: 8/12/15 Wednesday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old Chem | Wall Forms | Work in Progress | | |
| 2 | Plant 2 | Electrical | Work in Progress | | |
| 3 | Plant 2 | Chains and flights | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 10 | 8 | Manual |
| Concrete | Saenz Utility 5 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| volvo | Backhoe | 1 | | CDM |
| Case | Trackhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 100 | 76 |

**Lab Activities:**

DOJ_0129132

**No.: 002**
**Date 8/12/15 Wednesday**



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Remarks:**

Saenz Utility continues forming walls  at old chem rapid mix structure modifications.

Rosendin Electric continues to install electrical boxes and conduit at Plant 2 and also at new flocs.

CDM is working at Plant 2 Filters installing beams for grating and hand rails.

CDM is observed working on chains and flights at exhisting  sed basins at Plant 2.

**Project Rep.:**

Conrado Garza

DOJ_0129133

No.: 001
Date: 8/13/15 Thursday


**BRIONES**
CONSULTING & ENGINEERING LTD

## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old chem Bldg | pvc connections | Work in Progress | | |
| 2 | Old chem Bldg | Forming walls | Work in Progress | | |
| 3 | Plant 2 | Grating  beams | Work in Progress | | |
| 4 | Recycle Pumps | Meter Vault | Work in Progress | | |
| 5 | Plant 2 | Electrical Conduit | Work in Progress | | |
| 6 | Plant 2 | chain and flights | Work in Progress | | |
| 7 | High  Service Electrical | Concrete Door Steps | Work in Progress | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Concrete | Saenz Utility 5 | 8 | Manual |
| Electrical | Rosendin Electric 10 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Cat 330 | Trackhoe | 1 | | CDM |
| Volvo BL60B | Bachhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 102 | 76 |

**Lab Activities:**

DOJ_0129134

No.: 002
Date 8/13/15 Thursday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

Saenz is observed forming door step at high service electrical building, after forming this crew will continue forming walls at rapid mixer at old chem bldg.

Rosendin continues to work at plant 2 and old electrical building installing conduit and electrical boxes..

CDM is observed working at various locationss of the plant, installing chains and flights at Plant 2 and also crew is connecting pvc piping to new chemical tank.

**Project Rep.:**

Conrado Garza

DOJ_0129135

No.: 001
Date: 8/14/15 Friday



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Raw water | Door step form | Work in Progress | | |
| 2 | Plant 2 | Electrical | Work in Progress | | |
| 3 | Plant 2 | Metal grateing supports | Work in Progress | | |
| 4 | Plant 2 | Chain and flights | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 10 | 8 | Manual |
| Concrete | Saenz Utility 5 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 101 | 76 |

**Lab Activities:**

DOJ_0129136

**No.: 002**

**Date 8/14/15 Friday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

Rosendin Electric is observed at Plant 2 installing light fixtures and electrical conduit.

CDM is observed working at Plant 2 installing supports for grates and hand rails.

Saenz Utility is working on concrete forming for door steps at Raw Water Electrical Building.

CDM continues to work at Plant 2 sed basind chains and flights.

CDM is also observed working on new flocs hand railing.

**Project Rep.:**

Conrado Garza

DOJ_0129137

No.: 001
Date: 8/17/15 Monday



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | High Serv Elect Room | Concrete  Door steps | Work in Progress | | |
| 2 | Plant 2 | Motors for chains | Work in Progress | | |
| 3 | Plant 2 | Grate supports | Work in Progress | | |
| 4 | Old electrical bldg | Housekeeping Pads | Work in Progress | | |
| 5 | Plant 2 Pipe gallery | Valve installation | Work in Progress | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Concrete | Saenz Utility5 | 8 | Manual |
| Electrical | Rosendin Electric 10 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Case | Trackhoe | 1 | | CDM |
| Volvo | Backhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 97 | 77 |

**Lab Activities:**

DOJ_0129138

**No.: 002**

**Date 8/17/15 Monday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is observed  pouring concrete for housekeeping pads at exhisting high service station.

Saenz Utility is observed pouring concrete  door steps at high serv electrical bldg.

Saenz Utility is observed pouring concrete  door steps at Raw water electrical bldg.

CDM is working at plant 2 on Installation of motors for chains and flights .

Rosendin Electric is observed working on racks and electrical boxes at Plant 2 and installing conduits at new flocs.

**Project Rep.:**

Conrado Garza

DOJ_0129139

**No.: 001**

**Date: 8/18/15 Tuesday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old chem | Eye Wash Heaters | Work in Progress | | |
| 2 | Plant 2 | Chain Motors | Work in Progress | | |
| 3 | Plant 2 | Support Beams | Work in Progress | | |
| 4 | New Flocs | Electrical Panels | Work in Progress | | |
| 5 | Plant 2 | Exhaust Fans | Work in Progress | | |
| 6 | Old chem | Rebar | Work in Progress | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| AC | Will-Con 2 | 8 | Manual |
| Concrete | Saenz Utility 5 | 8 | Manual |
| Plumbing | Montez Plumbing 1 | 8 | Manual |
| Electrical | Rosendin Electric 10 | 8 | Manual |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 97 | 79 |

**Lab Activities:**

DOJ_0129140

**No.: 002**

**Date 8/18/15 Tuesday**



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Remarks:**

Will-Con (Comercial) crew is observed working on installation of frames for new exhaust fans.

Montez Plumbing is on site working on installation of heaters for all new eye wash stations.

Rosendin Electric is observed working on connections for motors at new flocs and also at plant 2.

CDM is working on Plant 2 filters installing grate supports and and hand rail beams.

Saenz Utility is observed placing rebar for walls at rapid mix structure (old chem bldg).

**Project Rep.:**

Conrado Garza

DOJ_0129141

**No.: 001**

**Date: 8/19/15 Wednesday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|----------|----------|-------------|----------|------|----------|
| 1 | Old Chem | Electrical | Work in Progress | | |
| 2 | Old Chem | Rebar | Work in Progress | | |
| 3 | Plant 2 | Motors Hardware | Work in Progress | | |
| 4 | New Flocs | Electrical Panels | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|-------------|----------|-------|-----------|
| Electrical | Rosendin Electric 10 | 8 | Manual |
| Concrete | Saenz Utility 2 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|-----------|-------------|----------|------|--------|
| Volvo | Backhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|------------|------|-----|
| Sunny | 99 | 80 |

**Lab Activities:**

DOJ_0129142

No.: 002
Date 8/19/15 Wednesday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is observed working on motor hardware installation at sed basins.

Saenz Utility is observed placing rebar for new wall at old chem rapid mix structure.

Rosendin electric continues to instal new boxes for new flocs motors and also pulling electrical wire at Old chem bldg.

CDM is observed working on hand rails for new flocs.

**Project Rep.:** Conrado Garza

DOJ_0129143

No.: 001
Date: 8/20/15 Thursday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|----------|----------|-------------|----------|------|----------|
| 1 | Plant 2 | Grating Supports | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|-------------|----------|-------|-----------|
| Misc. | CDM skelleton crew | 8 | Manual |
| | Rain day | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|-----------|-------------|----------|------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|------------|------|-----|
| Cloudy | 98 | 77 |

**Lab Activities:**

DOJ_0129144

**No.: 002**

**Date 8/20/15 Thursday**



**BRIONES**
CONSULTING & ENGINEERING LTD
TBPE FIRM REGISTRATION NO. F-8025

### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Remarks:**

On site CDM has a skelleton crew due to Rain no other sub-contractor show up today CDM is observed working  indoors at Plant 2 installing support beams for grating at the filters also other crew is dewatering at various locations.

**Project Rep.:** _____

Conrado Garza

DOJ_0129145

No.: 001

Date: 8/21/15 Friday


BRIONES
CONSULTING & ENGINEERING LTD
TBPE FIRM REGISTRATION No. F-5808

### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old chem | Rebar Placing | Work in Progress | | |
| 2 | Plant 2 | Valve installation | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 2 | 8 | Manual |
| Concrete | Saenz Utility 4 | 4 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 98 | 78 |

**Lab Activities:**

DOJ_0129146

**No.: 002**

**Date 8/21/15 Friday**



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Remarks:**

Rosendin Electric has 2 employess only because of yesterdays rain, paperwork and inventory.

Saenz is observed at old chem bldg rapid mix modification placing rebar for concrete walls.

CDM skelleton crew is observed at Plant 2 working on installation of a valve and support beams.

**Project Rep.:**

Conrado Garza

DOJ_0129147

No.: 001
Date: 8/24/15 Monday



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old chem bldg | Pouring Concrete Walls | Done | | |
| 2 | Plant 2 | Housekeeping Pads | Done | | |
| 3 | New Flocs | Hand rails | Work in Progress | | |
| 4 | Plant 2 | Grate Supports | Work in Progress | | |
| 5 | Plant 2 | Electrical | Work in Progress | | |
| 6 | High serv Pump St | Valve Locate | Work in Progress | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Concrete | Saenz Utility 4 | 8 | Manual |
| Electrical | Rosendin Electric 10 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Case | Trackhoe | 1 | | CDM |
| Volvo | Backhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 96 | 76 |

**Lab Activities:**

DOJ_0129148

**No.: 002**

**Date 8/24/15 Monday**



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is observed locating (valves) at exhisting high service station.

Saenz Utility is observed pouring concrete walls for exhisting rapid  mixer modification at old chem bldg.

CDM is observed working at new flocs on installation of hand rails.

CDM is also working at plant 2 on chain and flights hardware.

Rosendin Electric is observed  working on new elecrtical panels at Plant 2 and new flocs.

Saenz Utility is observed pouring concrete housekeeping pads at plant 2 filters.

**Project Rep.:**

Conrado Garza

DOJ_0129149

No.: 001
Date: 8/25/15 Tuesday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Concrete form Wrecking | Work in Progress | | |
| 2 | Plant 2 | Electrical | Work in Progress | | |
| 3 | New Flocs | Electrical | Work in Progress | | |
| 4 | Plant 2 | Motors | Work in Progress | | |
| 5 | Plant 2 | Grate Supports | Work in Progress | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Concrete | Saenz Utility 4 | 8 | Manual |
| Electrical | Rosendin Electric 8 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 98 | 75 |

**Lab Activities:**

DOJ_0129150

**No.: 002**

**Date 8/25/15 Tuesday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is observed working on support beams at plant 2 and also installing hand rail at new flocs.

Rosendin Electric is obseved working on electrical panels and fixtures at Plant 2.

CDM is also working on installation of electric motors for chains and flights at sed basins at Plant 2.

Saenz Utility is observed removing concrete forms at Plant 2 housekeeping pads.

**Project Rep.:**

Conrado Garza

DOJ_0129151

**No.: 001**

**Date: 8/26/15 Wednesday**



**BRIONES**
CONSULTING & ENGINEERING LTD
TBPE FIRM REGISTRATION No. F-6038

### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old Chem | Form Wrecking | Work in Progress | | |
| 2 | Plant 2 | Electrical | Work in Progress | | |
| 3 | Plant 2 | Grate supports | Work in Progress | | |
| 4 | Plant 2 | Air Blowers | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electric | Rosendin Electric 10 | 8 | Manual |
| Concrete | Saenz Utility 4 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| volvo | Backhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 96 | 73 |

**Lab Activities:**

DOJ_0129152

No.: 002
Date 8/26/15 Wednesday



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is moving in the air blowers between filters at Plant 2.

Saenz Utility is observed removing concrete forms at old chem rapid mix walls that were modified.

Rosendin Electric is observed working on installation of new switch gear at old electrical building.

CDM is working on hand rails for new flocs.

**Project Rep.:**

Conrado Garza

DOJ_0129153

**No.: 001**

**Date: 8/27/15 Thursday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old chem Bldg | Form wrecking | Work in Progress | | |
| 2 | Plant 2 | Electrical | Work in Progress | | |
| 3 | High serv | New  switch gear | Work in Progress | | |
| 4 | Recycle Pumps | Meter Vault | Work in Progress | | |
| 5 | Plant 2 | Air blowers | Work in Progress | | |
| 6 | Plant 2 | chain and flights | Work in Progress | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 10 | 8 | Manual |
| Concrete | Saenz Utility 4 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Cat 330 | Trackhoe | 1 | | CDM |
| Volvo BL60B | Bachhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 96 | 71 |

**Lab Activities:**

DOJ_0129154

No.: 002

Date 8/27/15 Thursday



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is working on installation of Blowers for Plant 2 filters.

Saenz is working on form wrecking for new walls at old chem bldg.

Rosendin Electric is observed  pulling wire to new electrical boxes at Plant 2.

CDM is observed working on motor installation for chain and flights at sed basins for Plant 2.

Rosendin Electric is also working on new switch gear at high service station. (existing)

CDM is observed working at recycle pump station installing a new flow meter and new valve.

CDM is also working on support beams for grates and hand rails at plant 2 filters.

**Project Rep.:**

Conrado Garza

DOJ_0129155

No.: 001
Date: 8/28/15 Friday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old chem | New Chem Tank Test | Work in Progress | | |
| 2 | Plant 2 | Electrical | Work in Progress | | |
| 3 | Plant 2 | Motors | Work in Progress | | |
| 4 | Plant 2 | Backup lights | Work in Progress | | |
| 5 | Plant 2 | Conduit | Work in Progress | | |
| 6 | High serv | New Switch Gear | Work in Progress | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin 10 | 8 | Manual |
| Concrete | Saenz Utility 4 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 96 | 73 |

**Lab Activities:**

DOJ_0129156

**No.: 002**

**Date 8/28/15 Friday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

Rosendin electric is observed at High service station installing new switch gear and running conduit to it.

Rosendin electric is also working on new backup light and other fixtures at plant 2.

CDM is working on installation of motors for chains and flights at plant 2.

CDM also filled up new chem tank with water for leak testing. Leak was detected and will repair on Monday.

**Project Rep.:**

Conrado Garza

DOJ_0129157






DOJ_0129158






DOJ_0129159






DOJ_0129160






DOJ_0129161






DOJ_0129162