| | |
|---|---|
| **From:** | Bjorn P. Boentges, PE, CFM <bboentges@brionesengineering.com> |
| **Sent:** | Monday, October 5, 2015 10:18 AM |
| **To:** | Mardoqueo Hinojosa |
| **Cc:** | rbriones@brionesengineering.com; David Salinas |
| **Subject:** | Weslaco WTP & ODS September 2015 Monthly Status Report |
| **Attachments:** | BRIONES MSR_9.01.15 thru 9.30.15_COMBINED.pdf |

Mardoqueo,

Please find attached the Monthly Status Report for the month of September 2015. Please let me know if you have any questions or comments.

Thanks,

BJORN P. BOENTGES, PE, CFM
BRIONES CONSULTING & ENGINEERING, LTD
8118 BROADWAY
SAN ANTONIO, TX 78209
210.828.1431



GOVERNMENT
EXHIBIT
**158**

1

DOJ_0129163

**Briones Consulting & Engineering, Ltd**
8118 Broadway, San Antonio, Texas 78209
T 210.828.1431  F 210.828.1432
TBPE Firm Reg. No. F-5028

# Work Progress Report

| | |
|---|---|
| Project Reference: | Weslaco Water Treatment Plant & Offsite Distribution System |
| Progress Report Period: | September 1, 2015 through September 31, 2015 |
| Date Prepared: | 10/05/2015 |
| Prepared By: | Bjorn P. Boentges, PE, CFM |

## Summary

This Work Progress Report provides a summary of work completed from September 1, 2015 through September 30, 2015.

## Work Progress, Meetings, and Deliverables by Task

- Phase 1 - Final Design (100% Complete)
  - 1.0 General Tasks
    - Nothing additional to report.
  - 1.1 Regulatory and Permitting Tasks
    - Nothing additional to report.
  - 1.2 Water Treatment Plant Design
    - Nothing additional to report.
  - 1.3 Distribution System Improvements
    - Nothing additional to report.

- Phase 2 - Construction Services (100%)
  - 2.0 General Tasks
    - Reviewed contractor's pay application for preceding month.
    - Prepared monthly status report for previous month.
    - Engineer performed field observation at the following locations:
      - Water Treatment Plant Site
      - Harlon Block Elevated Storage Tank (Completed)
      - Milano Elevated Storage Tank (Completed)
      - Offsite Distribution System (Completed)
  - 2.1 Bidding Tasks
    - Nothing additional to report.

DOJ_0129164

**Briones Consulting & Engineering, Ltd**
8118 Broadway, San Antonio, Texas 78209
T 210.828.1431  F 210.828.1432
TBPE Firm Reg. No. F-5028

- ○ 2.2 Submittal Review Tasks
  - ▪ Performing ongoing review of contractor submittals and requests for information.
  - ▪ Submittals and RFI's reviewed by design team in September 2015 include:
    - ι RFI-275 18" Reroute High Service
    - ι RFI-276 Plant 1 Pipe at Clearwell
    - ι RFI-278 24" Irrigation Line
    - ι RFI-280 Recycle Pumps
    - ι RFI-281 Plant 3 and 4 Piping
    - ι WTP-D-15200-06-A BFV at Drain Lift Station
- ○ 2.3 Testing Tasks
  - ▪ Nothing additional to report.

- ι Phase 3 - Start-Up and Operations Services (95%)
  - ○ 3.0 General Tasks
    - ▪ BCE resident project representative participated in observation of mechanical testing and startup operations.
  - ○ 3.1 Records and Documentation
    - ▪ Providing photographs of ongoing construction activities.
    - ▪ Reviewing operations & maintenance submittals to ensure redlines are in compliance with actual in-field construction

**Addendum No. 1 (86.16% Complete)**
- ι Applications Engineering Task (87% Complete)
  - ○ Design & Engineering (100% Complete, 68% of Scope)
  - ○ Construction and Implementation (58% Complete, 32% of Scope)
  - ○ Continuing project management duties for SCADA implementation.
  - ○ Ongoing review and resolution of submittals and RFI's pertinent to SCADA implementation.

- ι Resident Project Representative (RPR) (86.16% Complete)
  - ○ BCE resident project representative, Conrado Garza, continued daily observation and reporting duties for work being performed throughout the project area.
  - ○ Resident Project Representative observes daily construction activities, attends regular project meetings, walkthroughs, and mechanical startups.

DOJ_0129165

**Briones Consulting & Engineering, Ltd**
8118 Broadway, San Antonio, Texas 78209
T 210.828.1431  F 210.828.1432
TBPE Firm Reg. No. F-5028

- o  RPR confers with Engineer for review of pay applications, RFI's, and other pertinent construction-phase tasks.
- o  Copies of RPR's daily field logs and photographs are attached to this report.

ι  <u>Owner's Representative & CMAR Advisory Services (86.16% Complete)</u>
- o  Reviewing Contractor's Applications for Payment for accuracy and conformance with work observed by Resident Project Representative and Engineer's field observations.
- o  Continually reviewing and assisting with Bid Package and other work recommendations.
- o  Attended construction progress meeting on September 8, 2015.
- o  Attending monthly field meetings at project site.
- o  Coordinating efforts between various engineering disciplines.
- o  Continually assisting with TCEQ coordination by drafting Quarterly Reports on behalf of the City.

**Complimentary Services (100% Complete)**

ι  <u>Milano Elevated Storage Tank Rehabilitation (100% Complete)</u>
- o  Preliminary Engineering
  - ▪  Nothing additional to report.
- o  Construction Plans
  - ▪  Nothing additional to report.
- o  Specifications
  - ▪  Nothing additional to report.
- o  Bidding & Construction Phase Services
  - ▪  Nothing additional to report.

DOJ_0129166

No.: 001
Date: 9/01/15 Tuesday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Electrical panels and racks | Work in Progress | | |
| 2 | High Serv Pump St. | Paint | Work in Progress | | |
| 3 | Plant 5 | Site work | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electric | Rosendin Electric 12 | 8.0 | Manual |
| Concrete | Saenz Utility 3 | 8.0 | Manual |
| Paint | Fastco Painting 3 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Case | Trackhoe | 1 | | CDM |
| RTSC2 | Compactor | 1 | | Saenz |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Cloudy | 88 | 74 |

**Lab Activities:**

DOJ_0129167

No.: 002
_____
Date 9/01/15 Tuesday
_____



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Remarks:**

Rosendin Electric is observed working at plant 2, plant 4 and new flocs installing electrical panels.

CDM is observed working at plant 2 installing support beams for water lines and grating.

Fastco Painting is observed painting water lines at the high service pump station.

Saenz Utility is observed working at plant 5 grading for parking lot and roadway.

**Project Rep.:** _____
Conrado Garza

DOJ_0129168

No.: 001
Date: 9/02/15 Wednesday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|----------|----------|-------------|----------|------|----------|
| 1 | Old Chem Building | Grating and hand rails | Work in Progress | | |
| 2 | Plant 2 | Electrical | Work in Progress | | |
| 3 | Plant 5 | Site work | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|-------------|----------|-------|-----------|
| Paint | Fastco Painting 3 | 8.0 | Manual |
| Site work | Saenz Utility 3 | 8.0 | Manual |
| Electric | Rosendin Electric 13 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|-----------|-------------|----------|------|--------|
| Volvo | Trackhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|------------|------|-----|
| Cloudy | 92 | 74 |

**Lab Activities:**

DOJ_0129169

No.: 002
Date 9/02/15 Wednesday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM  is observed working in various places of the water plant, at plant 2 crew is working on grating and installing hand rails, also working at old chem bldg rapid mix installing new grating.

Rosendin Electric continues to install electrical panels and conduit at plant 2.

Saenz Utility is observed preparing site at plant 5 for parking lot.

Fastco Paint is observed at new lift station painting water lines and new valves.

**Project Rep.:**

Conrado Garza

DOJ_0129170

No.: 001

Date: 9/03/15 Thursday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Grating and Hand Rails | Work in Progress | | |
| 2 | Plant 5 | Parking Lot and Roadway | Work in Progress | | |
| 3 | Plant 2 | Electrical | Work in Progress | | |
| 4 | High Serv. Electrical | Electrical switch gear | Work in Progress | | |
| 5 | Old Flocs | Electrical Panels | Work in Progress | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Painting | Fastco Paint 3 | 8.0 | Manual |
| Concrete | Saenz Utility 3 | 8.0 | Manual |
| Electrical | Rosendin Electric 11 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Cat 330 | Trackhoe | 1 | | CDM |
| Volvo BL60B | Bachhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Cloudy | 89 | 75 |

**Lab Activities:**

DOJ_0129171

No.: 002
Date 9/03/15 Thursday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

Fastco Painting is observed at new flocs painting  valves and pipes.

Saenz Utility is observed grading caliche at Plant 5 for new Parking Lot.

Rosendin Electric continues to install new electrical panels at Plant 2 and old flocs by Clarifier 4.

CDM is observed working at Plant 2  grating and hand rails.

**Project Rep.:**

Conrado Garza

DOJ_0129172

No.: 001

Date: 9/04/15 Friday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old Chem Bldg | Grating | Work in Progress | | |
| 2 | Old Chem Bldg | Painting | WoWrk in Progress | | |
| 3 | Plant 2 | Electrical boxes and conduit | Work in Progress | | |
| 4 | Plant 5 | Parking lot caliche base | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Painting | Fastco Painting 3 | 4.0 | Manual |
| Concrete | Saenz Utility 4 | 8.0 | Manual |
| Electrical | Rosendin Electric 11 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Cat | Dozer | 1 | | Saenz |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Cloudy | 91 | 75 |

**Lab Activities:**

DOJ_0129173

No.: 002
_____

Date 9/04/15 Friday
_____



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Remarks:**

Rosendin Electric is observed at Plant 2 installing electrical panels, racks and conduit to new valves boxes.

Fastco Painting is observed painting water lines at new flocs by the old chem bldg.

CDM is working on 4" tap on 24" water line south of new chem storage.

**Project Rep.:** _____

Conrado Garza

DOJ_0129174

No.: 001
Date: 9/07/15 Monday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| | | Labor Day | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| | | |

**Lab Activities:**

No.: 002
Date 9/07/15 Monday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Remarks:**

Labor Day

**Project Rep.:** Conrado Garza

DOJ_0129176

No.: 001
Date: 9/08/15 Tuesday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|----------|----------|-------------|----------|------|----------|
| 1 | Plant 5 | Site work | Work in Progress | | |
| 2 | Old Chem Bldg | Grating | Work in Progress | | |
| 3 | Plant 2 | Electrical Panel Boxes | Work in Progress | | |
| 4 | Plant 2 | Hand rails | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|-------------|----------|-------|-----------|
| Electrical | Rosendin Electric 11 | 8.0 | Manual |
| Concrete | Saenz Utility 4 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|-----------|-------------|----------|------|--------|
| Cat | Backhoe | 1 | | Saenz |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|------------|------|-----|
| Sunny | 97 | 77 |

**Lab Activities:**

DOJ_0129177

No.: 002
Date 9/08/15 Tuesday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

Saenz Utility is observed grading caliche base at plant 5 for new parking lot.

Rosendin Electric is working on multiple locations installing electrical panels and conduit.

CDM is observed working on hand rails and sed basins equipment at plant 2.

CDM is also working at old chem bldg rapid mixer  installing aluminium supports for grating.

**Project Rep.:**

Conrado Garza

DOJ_0129178

**No.: 001**

**Date: 9/09/15 Wednesday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Electrical | Work in Progress | | |
| 2 | Plant 5 | Caliche base | Work in Progress | | |
| 3 | Plant 2 | Basins equipment | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 11 | 8.0 | Manual |
| Concrete | Saenz Utility 4 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| D4G | Dozer | 1 | | Saenz |
| Cat | Trackhoe | 1 | | CDM |
| Volvo | Backhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 96 | 77 |

**Lab Activities:**

DOJ_0129179

No.: 002
Date 9/09/15 Wednesday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Remarks:**

CDM is observed setting up pump for bypass at the old drain lift station.

Saenz is observed working at Plant 5 parking lot.

Rosendin Electric continues to install conduit and pull wire at plant 2.

CDM is observed working on installation of hardware at plant 2 sed basins.

**Project Rep.:** _____
Conrado Garza

DOJ_0129180

No.: 001
Date: 9/10/15 Thursday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old Chem Bldg | Coring holes | Work in Progress | | |
| 2 | Plant 2 | Hand rails | Work in Progress | | |
| 3 | Plant 2 | Forming concrete pad for stairs | Work in Progress | | |
| 4 | Plant 2 | Electrical | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 11 | 8.0 | Manual |
| Concrete | Saenz Utility 4 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Volvo | Backhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 95 | 77 |

**Lab Activities:**

DOJ_0129181

No.: 002
Date 9/10/15 Thursday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

Rosendin Electric is observed installing conduit and pulling wire at plant 2 for electric valve actuators.

Saenz Utility is working on forming concrete pad for stairs at plant 2.

CDM is observed working at old drain lift station and also continue to work on chain and flights at plant 2.

CDM is also working on installation of hand rails at plant 2.

**Project Rep.:**

Conrado Garza

DOJ_0129182

No.: 001
Date: 9/11/15 Friday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Electrical | Work in Progress | | |
| 2 | Old Chem Bldg | Hand rails | Work in Progress | | |
| 3 | Plant 2 | Concrete forming | Work in Progress | | |
| 4 | Plant 2 | Chains and flights | Work in Progress | | |
| 5 | Plant 5 | Caliche base | Work in Progress | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric | 8.0 | Manual |
| Site work | Saenz Utility 4 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| cat | Backhoe | 1 | | Saenz |
| cat D4 | Dozer | 1 | | Saenz |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Cloudy | 90 | 75 |

**Lab Activities:**

DOJ_0129183

**No.: 002**

**Date 9/11/15 Friday**



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Remarks:**

Rosendin Electric is observed at plant 2 installing electrical boxes and terminating wire connections.

Saenz Utility continues to work on caliche base for parking lot and roadway to plant 5.

CDM is observed working on hand rails at old chem building rapid mixer and on chains and flights at plant 2.

**Project Rep.:**

Conrado Garza

DOJ_0129184

No.: 001

Date: 9/14/15 Monday



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old Chem Bldg | Hand rails and grating | Work in Progress | | |
| 2 | Plant 3 | Demo exhisting pipe | Work in Progress | | |
| 3 | Old High Service | AC oppening | Work in Progress | | |
| 4 | Plant 2 | Stairway concrete pad | Work in Progress | | |
| 5 | Plant 2 | Electrical wire | Work in Progress | | |
| 6 | Old Chem Bldg | Motor install | Work in Progress | | |
| 7 | Plant 2 | Chain and flights | Work in Progress | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Concrete | Saenz Utility 2 | 8.0 | Manual |
| Electrical | Rosendin Electric 11 | 8.0 | Manual |
| AC oppening | Will-con 1 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Cloudy | 89 | 74 |

**Lab Activities:**

DOJ_0129185

No.: 002

Date 9/14/15 Monday



**B R I O N E S**
CONSULTING & ENGINEERING LTD
TBPE FIRM REGISTRATION NO. F-8028

### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is observed demoing old pipe at plant 3 pipe gallary and also installing rapid mixer motor at old chem blg.

CDM is observed working on new chains and flights for sed basins at Plant 2.

Will-Con is on site making penetrations at old high service electrical room for AC unit.

Rosendin Electric continues to work on electric panels and conduit at Plant 2.

**Project Rep.:**

Conrado Garza

DOJ_0129186

**No.: 001**

**Date: 9/15/15 Tuesday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old Electrical Bldg | Penetration for AC unit | Work in Progress | | |
| 2 | Plant 2 | Electrical Panels | Work in Progress | | |
| 3 | Plant 2 | Chain and flights | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| AC opening | Will-con 1 | 8.0 | Manual |
| Concrete | Saenz Utility 2 | 8.0 | Manual |
| Electrical | Rosendin Electric 10 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Case | Trackhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Cloudy | 88 | 74 |

**Lab Activities:**

**No.: 002**

**Date 9/15/15 Tuesday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

Will-con is observed making penetration at old electrical high service building for AC unit.

CDM is working on demo water line at plant 3 , also working on sed basins and grating at Plant2.

Rosendin Electric continues to work at plant 2 installing boxes, conduit and pulling wire.

Saenz Utility is observed working on stair landing concrete pad at plant 2.

**Project Rep.:**

Conrado Garza

DOJ_0129188

No.: 001
Date: 9/16/15 Wednesday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Grating | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| volvo | Backhoe | 1 | | CDM |
| Case | Trackhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 92 | 74 |

**Lab Activities:**

DOJ_0129189

**No.: 002**

**Date 9/16/15 Wednesday**



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is working on a water leak on a new 24" line that was installed earlier this year by CDM.

CDM is observed working on demo work at Plant 2.

No subcontractors on site because of rain.

**Project Rep.:**

Conrado Garza

DOJ_0129190

No.: 001
Date: 9/17/15 Thursday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Demo grating and hand rails | Work in Progress | | |
| 2 | Plant 2 | Chains and flights | Work in Progress | | |
| 3 | North Entance road | Water Break | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Concrete | Saenz Utility 3 | 8 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Cat 330 | Trackhoe | 1 | | CDM |
| Volvo BL60B | Bachhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 94 | 75 |

**Lab Activities:**

DOJ_0129191

No.: 002
Date 9/17/15 Thursday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

Remarks:

CDM is observed repairing 24" water line on noth side of water plant that was installed by them earlier this year.

CDM is observed working at plant 2 demoing hand rail and grating .

Project Rep.: _____

Conrado Garza

DOJ_0129192

No.: 001

Date: 9/18/15 Friday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Demo | Work in Progress | | |
| 2 | Old Chem | Rapid Mixer New Motor | Work in Progress | | |
| 3 | Plant 2 | Electrical | Work in Progress | | |
| 4 | Drain Lift station | Modification | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 10 | 8.0 | Manual |
| Concrete | Saenz Utility 5 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Case | Trackhoe | 1 | | CDM |
| Volvo | Backhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Partly Cloudy | 94 | 74 |

**Lab Activities:**

DOJ_0129193

**No.: 002**

**Date 9/18/15 Friday**

 **B R I O N E S**
CONSULTING & ENGINEERING LTD
TBPE FIRM REGISTRATION No. F-8025

**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Remarks:**

Rosendin Electric is observed at Plant 2 installing electrical panels and conduit.

CDM continues to repair 24" water line north of the plant.

CDM is also working on chains and flights at Plant 2.

Saenz is observed at old drain lift station working on concrete pad modification.

**Project Rep.:**

Conrado Garza

DOJ_0129194

**No.: 001**

**Date: 9/21/15 Monday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Drain lift station | Concrete pad Modification | Work in Progress | | |
| 2 | Plant 2 | Stairs Installation | Work in Progress | | |
| 3 | Old Chem Building | Rapid Mixer new motor | Work in Progress | | |
| 4 | Old Chem Building | Umdergroung Conduit | Work in Progress | | |
| 5 | Plant 2 | New grating installation | Work in Progress | | |
| 6 | Plant 2 | Electrical Panerls and wire | Work in Progress | | |
| 7 | Plant 2 | Air Blower Suply Lines | Work in Progress | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Concrete | Saenz Utility 5 | 8.0 | Manual |
| Electrical | Rosendin Electric 11 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Volvo | Backhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 94 | 74 |

**Lab Activities:**

DOJ_0129195

No.: 002
_____

Date 9/21/15 Monday
_____

 **B R I O N E S**
CONSULTING & ENGINEERING LTD
TBPE FIRM REGISTRATION NO. F-5025

**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Remarks:**

CDM is observed at Plant 2 installing new grating supports at sed basins.

CDM is observed at Plant 2 preparing for installation of stairs at southeast corner entrance.

Saenz is observed working at old drain lift station on concrete pad modification.

CDM is working at plant 2 on  new air blower lines to filters.

Rosendin Electric is observed working on electrical panels at plant 2 and old chem building.

**Project Rep.:** _____

Conrado Garza

DOJ_0129196

No.: 001
Date: 9/22/15 Tuesday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Old Chem Bldg | Remove Exhaust Fans and Patch | Work in Progress | | |
| 2 | Old Chem Bldg | Wall forming | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 10 | 8.00 | Manual |
| Concrete | Saenz Utility 5 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| skytrack | fork lift | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 92 | 73 |

**Lab Activities:**

DOJ_0129197

**No.: 002**

**Date 9/22/15 Tuesday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is observed working on air blower lines at plant 2 and continue to work on stairs at east entrance.

Saenz Utility is observed working at old drain lift station and also working at old chem building mixer modificat

Rosendin Electric is working at plant 2 pulling wire and installing electrical boxes as well.

**Project Rep.:**

Conrado Garza

DOJ_0129198

No.: 001

Date: 9/23/15 Wednesday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Air supply Lines | Work in Progress | | |
| 2 | Old lift station | Concrete pad Modification | Work in Progress | | |
| 3 | Plant 2 | Grating supports | Work in Progress | | |
| 4 | Plant 3 | Demolition | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Elecrical | Rosendin Electric 10 | 8.0 | Manual |
| Concrete | Saenz Utility 5 | 8.0 | Manual |
| AC | Commercial Refrigeration 4 | 4.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| volvo | Backhoe | 1 | | CDM |
| Case | Trackhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 92 | 70 |

**Lab Activities:**

DOJ_0129199

**No.: 002**

**Date 9/23/15 Wednesday**



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is observed removing old 18" water lines and caping them at plant 3  filter gallery.

Saenz Utility is observed at old drain lift station  pouring concrete for pad modification.

Rosendin Electric continues to install electrical panels and pull wire at plant 2.

**Project Rep.:**

Conrado Garza

DOJ_0129200

**No.: 001**

**Date: 9/24/15 Thursday**



**BRIONES**

CONSULTING & ENGINEERING LTD
TBPE FIRM REGISTRATION No. F-6305

## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|----------|----------|-------------|----------|------|----------|
| 1 | Old Drain lift St | Concrete forms wrecking | Work in Progress | | |
| 2 | Plant 2 | Grating supports | Work in Progress | | |
| 3 | Plant 2 | Electrical Conduit | Work in Progress | | |
| 4 | High service | Tie in | Done | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|-------------|----------|-------|-----------|
| Electrical | Rosendin Electric 10 | 8.0 | Manual |
| Concrete | Saenz Utility | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|-----------|-------------|----------|------|--------|
| Cat 330 | Trackhoe | 1 | | CDM |
| Volvo BL60B | Bachhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|------------|------|-----|
| Sunny | 93 | 72 |

**Lab Activities:**

DOJ_0129201

No.: 002
Date 9/24/15 Thursday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

Remarks:

CDM is observed working on grating supports and stairs at Plant 2.

Saenz utility is done with drain lift station pad modification and they are wrecking concrete forms.

Rosendin Electric continues to install electrical conduit to valves at plant 2.

CDM is observed doing tie in at high service pump station 24" line city shut off water at 9:00 pm and tie in was finished at 4:00 am all went well.

Project Rep.: _____
Conrado Garza

DOJ_0129202

No.: 001
Date: 9/25/15 Friday



### DAILY CONSTRUCTION REPORT
### CITY OF WESLACO
### WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Electrical | Work in Progress | | |
| 2 | High Service Pump | Tie in | Done | | |
| 3 | Plant 2 | Stairs | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 10 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Skytrack | Forklift | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Cloudy | 87 | 70 |

**Lab Activities:**

DOJ_0129203

No.: 002
Date 9/25/15 Friday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

Remarks:

Rosendin Electric is observed at Plant 2 installing electrical panels and electrical conduit.

CDM is observed working on Plant 2 stairs and grating supports.

CDM is allso working on hand rails at old chem building rapid mixer.

Project Rep.: _____
Conrado Garza

DOJ_0129204

No.: 001
Date: 9/28/15 Monday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Electrical | Work in Progress | | |
| 2 | Plant 2 | Air supply | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 6 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 93 | 71 |

**Lab Activities:**

DOJ_0129205

No.: 002
Date 9/28/15 Monday



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Remarks:**

Rosendin Electric is observed working on terminating wire connections for electrical panels at Plant 2.

CDM is observed at Plant 2 working on air supply lines and also working on grating supports.

**Project Rep.:**

Conrado Garza

DOJ_0129206

**No.: 001**

**Date: 9/29/15 Tuesday**



**DAILY CONSTRUCTION REPORT**
**CITY OF WESLACO**
**WATER TREATMENT PLANT EXPANSION**

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Air supply | Work in Progress | | |
| 2 | Plant 2 | Electrical Panels | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 6 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| Case | Trackhoe | 1 | | CDM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 93 | 71 |

**Lab Activities:**

DOJ_0129207

No.: 002
_____

Date 9/29/15 Tuesday
_____



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

Rosendin Electric continues working at plant 2 on wire termination for panels.
_____

CDM is observed at plant 2 working on installation of grating, air supply lines and hand rails.
_____


**Project Rep.:** _____

Conrado Garza

DOJ_0129208

No.: 001
Date: 9/30/15 Wednesday



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Daily Work Progress**

| Item No. | Location | Description | Comments | Unit | Quantity |
|---|---|---|---|---|---|
| 1 | Plant 2 | Air supply lines | Work in Progress | | |
| 2 | Plant 2 | Electrical Panels | Work in Progress | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Labor Force**

| Description | Quantity | Hours | Work Type |
|---|---|---|---|
| Electrical | Rosendin Electric 6 | 8.0 | Manual |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Equipment**

| Model No. | Description | Quantity | Used | Std By |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Weather**

| Conditions | High | Low |
|---|---|---|
| Sunny | 93 | 70 |

**Lab Activities:**

DOJ_0129209

No.: 002
_____

Date 9/30/15 Wednesday
_____



## DAILY CONSTRUCTION REPORT
## CITY OF WESLACO
## WATER TREATMENT PLANT EXPANSION

**Remarks:**

CDM is observed at Plant 2 working on air supply lines for filters and also continues to work on grating and hand rails.

Rosendin Electric is working at plant 2 installing wire to electrical panels for valves at sed basins.

CDM is observed at high service station backfilling tie in excavation that was done the previous night.

**Project Rep.:** _____

Conrado Garza

DOJ_0129210






DOJ_0129211






DOJ_0129212






DOJ_0129213






DOJ_0129214






DOJ_0129215