| | |
|---|---|
| **From:** | Rolando Briones |
| **To:** | Leo Lopez |
| **Subject:** | Fwd: Invoice from BRIONES CONSULTING & ENGINEERING, LTD. |
| **Date:** | Monday, December 21, 2015 2:14:06 PM |
| **Attachments:** | PastedGraphic-1.tiff |
| | Untitled attachment 04606.htm |
| | Invoice 4652.pdf |
| | Untitled attachment 04609.htm |
| | Invoice 4674.pdf |
| | Untitled attachment 04612.htm |
| | Invoice 4702.pdf |
| | Untitled attachment 04615.htm |

Rolando H. Briones, P.E.
Briones Engineering
Cell (210) 393-7659

Begin forwarded message:

> **From:** Herlinda Torres <htorres@brionesengineering.com>
> **Date:** December 21, 2015 at 1:08:47 PM CST
> **To:** mrperez@weslacotx.gov
> **Cc:** Rolando Briones <rolandobriones@me.com>, "Bjorn P. Boentges, PE, CFM" <bboentges@brionesengineering.com>, mhinojosa@weslacotx.gov, ewalker@weslacotx.gov
> **Subject: Invoice from BRIONES CONSULTING & ENGINEERING, LTD.**
>
> Good afternoon Mr Perez,
>
> Your invoices are attached.
>
> Should you have any questions please contact Mr. Boentges or Mr. Briones.
>
> Sincerely,
>
> BRIONES CONSULTING & ENGINEERING, LTD.
> (210) 828-1431

GOVERNMENT
EXHIBIT
159

**BRIONES**
8118 Broadway
San Antonio, TX 78209
(210) 828-1431 / (210) 828-1432 - fax

 PAST DUE

# Invoice

| Date | Invoice # |
|---|---|
| 10/12/2015 | 4652 |

**Bill To**

Mike R. Perez, Interim City Manager
David Salinas, Public Utilities Director
City of Weslaco
225 S. Kansas Ave.
Weslaco, TX 78596

| Due Date |
|---|
| 10/26/2015 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | CITY OF WESLACO WATER TREATMENT PLANT EXPANSION TO 18 MGD | | |
| | DISCOVERY REQUESTS (thru October 09, 2015) | | |
| | LABOR | | |
| 60 | Rolando H. Briones, Jr., PE (President) | 180.00 | 10,800.00 |
| 33.75 | Bjorn Boentges, PE (Project Engineer) | 110.00 | 3,712.50 |
| 4 | Kevin Johnston, CFM (Chief Financial Officer) | 100.00 | 400.00 |
| 47 | Herlinda Torres (Administrative Assistant) | 50.00 | 2,350.00 |
| 20 | Meredith Barta (Administrative Assistant) | 50.00 | 1,000.00 |
| | LEGAL | | |
| 1 | Jason Cruz Law Firm (09/17/2015) | 5,358.00 | 5,358.00 |
| 1 | Jason Cruz Law Firm (09/29/2015) | 6,578.76 | 6,578.76 |
| | EXPENSES | | |
| 1 | Courier | 143.25 | 143.25 |
| 1 | Travel & Board for Jason Cruz, esq | 240.35 | 240.35 |
| 0.05 | Printing (12,488 pages @ $0.05 per page) | 12,488.00 | 624.40 |

Tax ID No.: 20-0763344

**Total** $31,207.26



**PAST DUE**

**BRIONES**
8118 Broadway
San Antonio, TX 78209
(210) 828-1431 / (210) 828-1432 - fax

# Invoice

| Date | Invoice # |
|---|---|
| 11/13/2015 | 4674 |

**Bill To**

Mike R, Perez, Interim City Manager
David Salinas, Public Utilities Director
City of Weslaco
225 S. Kansas Ave.
Weslaco, TX 78596

| Due Date |
|---|
| 11/27/2015 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | CITY OF WESLACO WATER TREATMENT PLANT EXPANSION TO 18 MGD | | |
| | DISCOVERY REQUEST NO. 2 (October 12, 2015 to November 09, 2015) | | |
| | LABOR | | |
| 24 | Rolando H. Briones, Jr., PE (President) | 180.00 | 4,320.00 |
| 9 | Bjorn Boentges, PE (Project Engineer) | 110.00 | 990.00 |
| 4 | Kevin Johnston, CFM (Chief Financial Officer) | 100.00 | 400.00 |
| 10 | Herlinda Torres (Administrative Assistant) | 50.00 | 500.00 |
| 16.5 | Meredith Barta (Administrative Assistant) | 50.00 | 825.00 |
| | LEGAL | | |
| 1 | Jason Cruz Law Firm (10/15/2015) | 10,198.26 | 10,198.26 |
| 1 | Jason Cruz Law Firm (10/23/2015) | 4,054.60 | 4,054.60 |
| 1 | Jason Curz Law Firm (11/13/2015) | 2,446.16 | 2,446.16 |
| | EXPENSES | | |
| 1 | Travel & Board for Jason Cruz, esq | 194.35 | 194.35 |
| 1 | Courier (Mission City Delivery) | 119.65 | 119.65 |
| 1 | Printing (Lone Star Reprographics) | 468.70 | 468.70 |
| 0.05 | Printing (1,500 pages @ $0.05 per page) | 1,500.00 | 75.00 |

Tax ID No.: 20-0763344

**Total** $24,591.72

**BRIONES**
8118 Broadway
San Antonio, TX 78209
(210) 828-1431 / (210) 828-1432 - fax

# Invoice

| Date | Invoice # |
|---|---|
| 12/15/2015 | 4702 |

**Bill To**

Mike R, Perez, Interim City Manager
Mardoqueo Hinojosa, P.E., City Engineer
City of Weslaco
225 S. Kansas Ave.
Weslaco, TX 78596

| Due Date |
|---|
| 12/29/2015 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | CITY OF WESLACO WATER TREATMENT PLANT EXPANSION TO 18 MGD | | |
| | DISCOVERY REQUEST NO. 3 (November 10, 2015 to December 15, 2015) | | |
| | LABOR | | |
| 65 | Rolando H. Briones, Jr., PE (President) | 180.00 | 11,700.00 |
| 7 | Bjorn Boentges, PE (Project Engineer) | 110.00 | 770.00 |
| 9 | Kevin Johnston, CFM (Chief Financial Officer) | 100.00 | 900.00 |
| 10 | Meredith Barta (Administrative Assistant) | 50.00 | 500.00 |
| 2 | Herlinda Torres (Administrative Assistant) | 50.00 | 100.00 |
| | LEGAL | | |
| 1 | Jason Cruz Law Firm (12/07/2015) | 2,327.50 | 2,327.50 |
| 1 | Law Offices of Ricardo Flores (October 1 to December 15, 2015) | 20,000.00 | 20,000.00 |
| | EXPENSES | | |
| 1 | Travel & Board for Jason Cruz, esq | 240.35 | 240.35 |
| 1 | Courier (Mission City Delivery) | 142.15 | 142.15 |
| 0.05 | Printing (500 pages @ $0.05 per page) | 500.00 | 25.00 |

Tax ID No.: 20-0763344

**Total** $36,705.00