| | |
|---|---|
| **From:** | Leo Lopez <llopez8121@aol.com> |
| **Sent:** | Tuesday, July 3, 2012 2:35 PM |
| **To:** | RBRIONES@BRIONESENGINEERING.com; llopez8121@aol.com |
| **Subject:** | Statement (resent) |
| **Attachments:** | Briones 2.jpg |

Hello Again,
  Sorry to resend the statement, but the document was not scanned correctly.  Thanks.

GOVERNMENT
EXHIBIT
**162**

DOJ_0154142

DOJ_0154143

# INVOICE

| Date | Invoice # |
|---|---|
| 5/22/2012 | 020512 |

**Bill To**

Briones Engineering

| Date services performed | Description of services | Total |
|---|---|---|
| Feb. 1-May 29, 2012 | Consulting Fees --<br>February, 2012<br>March, 2012<br>April, 2012<br>May, 2012 | $1,500.00<br>$1,500.00<br>$1,500.00<br>$1,500.00 |
| | TOTAL | $6,000.00 |

Payment is due upon receipt of Invoice.  Please remit payment to:

*Andres Gonzalez & Associates*
*20722 Wind Springs*
*San Antonio, TX 78258*