| | |
|---|---|
| **From:** | Leo Lopez <llopez8121@aol.com> |
| **Sent:** | Tuesday, July 3, 2012 2:24 PM |
| **To:** | RBRIONES@BRIONESENGINEERING.com; llopez8121@aol.com |
| **Subject:** | Statement |
| **Attachments:** | Briones.jpg |

Hello Rolando,

    Please call me on this.  Have a great 4th of July!

        Leo

GOVERNMENT EXHIBIT 163

DOJ_0152435

| Date services performed | Description of services | Total |
|---|---|---|
| Feb. 1-May 29, 2012 | Consulting Fees –<br>February, 2012<br>March, 2012<br>April, 2012<br>May, 2012 | $1,500.00<br>$1,500.00<br>$1,500.00<br>$1,500.00 |
| | TOTAL | $6,000.00 |