| | |
|---|---|
| **From:** | Richard LeFevre <richard@lefevregroup.net> |
| **Sent:** | Tuesday, September 11, 2012 8:46 PM |
| **To:** | llopez8121@aol.com |
| **Subject:** | Fwd: Invoice from LeFevre Environmental & Management Consulting, LLC |
| **Attachments:** | Untitled attachment 44150.pdf; Untitled attachment 44153.htm |

Richard LeFevre, PE
LeFevre Environmental & Management Consulting

Begin forwarded message:

> **From:** <zavalacountywcid@sbcglobal.net>
> **Date:** September 11, 2012 3:27:07 PM CDT
> **To:** <richard@lefevregroup.net>
> **Subject: Invoice from LeFevre Environmental & Management Consulting, LLC**
>
> Dear Rolando Briones :
>
> Your invoice is attached.  Please remit payment at your earliest convenience.
>
> Thank you for your business - we appreciate it very much.
>
> Sincerely,
>
> LeFevre Environmental & Management Consulting, LLC
> 9566618000

1

GOVERNMENT EXHIBIT 164

DOJ_0152429

Gov EX Page 1 of 3



# Invoice

| Date | Invoice # |
|---|---|
| 9/11/2012 | 4 |

**Bill To**

Briones Engineering
Rolando Briones
8118 Broadway
San Antonio, Texas  78209

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Item | Description | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Service | Weslaco Wastewater Treatment Project:  Contractibility Review | 75,000.00 | 37,500.00 | 50.00% | 0.5 | 75,000.00 | 50.00% | 100.00% | 37,500.00 |
| Service | Weslaco Wastewater Treatment Project:  Design Calculations Review | 75,000.00 | 37,500.00 | 50.00% | 0.5 | 75,000.00 | 50.00% | 100.00% | 37,500.00 |
| Service | Weslaco Wastewater Treatment Project:  Water Storage Tank Review | 75,000.00 | 37,500.00 | 50.00% | 0.5 | 75,000.00 | 50.00% | 100.00% | 37,500.00 |
| Service | Weslaco Wastewater Treatment Project:  Distribution Pipeline Review | 75,000.00 | 37,500.00 | 50.00% | 0.5 | 75,000.00 | 50.00% | 100.00% | 37,500.00 |

**Total** $150,000.00

**Payments/Credits** $0.00

**Balance Due** $150,000.00

DOJ_0152431

Gov EX Page 3 of 3