| | |
|---|---|
| **From:** | Richard LeFevre, PE <richard@lefevregroup.net> |
| **Sent:** | Tuesday, December 4, 2012 4:47 PM |
| **To:** | 'Rolando Briones' |
| **Cc:** | 'Leo Lopez' |
| **Subject:** | Invoice No. 5 |
| **Attachments:** | Inv_5_from_LeFevre_Environmental__Management_Consulting_LLC_4772.pdf |

Please find attached invoice.

Richard LeFevre, P.E.
Principal

LeFEVRE
ENVIRONMENTAL &
MANAGEMENT CONSULTING, LLC

Texas Registered Engineering Firm F-11722

www.lefevregroup.net



612 Nolana, Suite 350
McAllen, Texas 78504
Tel. 956.661.8000
Fax. 956.661.8001

Texas Registered Engineering Firm F-11722

# Invoice

| Date | Invoice # |
|---|---|
| 12/2/2012 | 5 |

| Bill To |
|---|
| Briones Engineering<br>Rolando Briones<br>8118 Broadway<br>San Antonio, Texas 78209 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Item | Description | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Service | Weslaco Wastewater Treatment Project: Contractibility Review | 150000.00 | 75,000.00 | 50.00% | 0.25 | 150,000.00 | 25.00% | 75.00% | 37,500.00 |
| Service | Weslaco Wastewater Treatment Project: Design Calculations Review | 150000.00 | 75,000.00 | 50.00% | 0.25 | 150,000.00 | 25.00% | 75.00% | 37,500.00 |
| Service | Weslaco Wastewater Treatment Project: Water Storage Tank Review | 150000.00 | 75,000.00 | 50.00% | 0.25 | 150,000.00 | 25.00% | 75.00% | 37,500.00 |
| Service | Weslaco Wastewater Treatment Project: Distribution Pipeline Review | 150000.00 | 75,000.00 | 50.00% | 0.25 | 150,000.00 | 25.00% | 75.00% | 37,500.00 |

| | |
|---|---|
| **Total** | $150,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $150,000.00 |