| | |
|---|---|
| **From:** | Rolando Briones <rbriones@brionesengineering.com> |
| **Sent:** | Friday, October 25, 2013 10:18 PM |
| **To:** | Leo Lopez |
| **Subject:** | Fwd: Weslaco South WWTP |
| **Attachments:** | image001.jpg; Untitled attachment 44297.htm; Weslaco South WWTP Exhibit C .pdf; Untitled attachment 44300.htm; PastedGraphic-1.tiff; Untitled attachment 44303.htm |

Begin forwarded message:

> **From:** "Bjorn P. Boentges" <bboentges@brionesengineering.com>
> **Subject: FW: Weslaco South WWTP**
> **Date:** October 23, 2013 3:47:54 PM CDT
> **To:** "'Jamie Delaine Oberreither'" <joberreither@brionesengineering.com>
> **Cc:** "'Rolando H Briones'" <rbriones@brionesengineering.com>

**Bjorn P. Boentges, P.E.**
Project Engineer - (210) 828-1431
Briones Consulting & Engineering, Ltd.
8118 Broadway, San Antonio, TX 78209

GOVERNMENT
EXHIBIT
**168**

1

DOJ_0152275



DOJ_0152276

**From:** Sonny Torres [mailto:storres@brionesengineering.com]
**Sent:** Wednesday, September 18, 2013 1:52 PM
**To:** EIT Bjorn P. Boentges
**Cc:** Rolando H. Briones, Jr., P.E., MBA
**Subject:** Weslaco South WWTP


Here is a pdf of the doc, i'm not sure if there is a folder or not somewhere on the server.


ST

DOJ_0152277

**EXHIBIT C**
**TO AGREEMENT BETWEEN OWNER AND ENGINEER**

**SUPPLEMENTAL SCOPE OF SERVICES**

**INTRODUCTION**

The ENGINEER will perform the work described herein:

Provide planning and preliminary engineering services to identify improvements in the collection system and at the facility for the City of Weslaco's South Wastewater Treatment Plant (WWTP) to meet the needs for the service area for the foreseeable future.

**SCOPE OF WORK**

    **A. Collection System Evaluation and Planning.** This task will include a desktop survey of collection system records, drawings, and information attainable from City staff in order to catalogue the capacity and condition of the existing system and make recommendations for long term maintenance and improvements. The following questions and concerns will be addressed in this evaluation:

        1. <u>Lift Stations.</u> To the extent that existing information is available, the capacities and condition of all off-site lift stations will be assessed and summarized to determine where deficiencies may need to be addressed.

        2. <u>Collection System Piping.</u> To the extent that existing information is available, the condition of the system and ability to handle current flows will be assessed and summarized to determine where maintenance or increased capacity may be required for long-term performance. No system modeling or surveying will be performed as part of this contract, but if such information exists, it will be used in the evaluation.

    **B. WWTP Preliminary Engineering.** This task order, the engineer will evaluate the plant processes and facilities and recommend an implementation plan for design, construction and operations. The following questions and concerns will be addressed in this evaluation.

        1. <u>Organic loading and treatment capacity requirements.</u> Identify the process requirements and make recommendations for the design of improvements.

        2. <u>Treatment technologies.</u> Review alternatives and assist the City with final selection of the treatment processes to be used at the WWTP.

        3. <u>Plant layout.</u> Develop the layout of the proposed improvements and ultimate WWTP.

        4. <u>Regulatory requirements.</u> Assess the proposed treatment process and expected discharge quality with regard to the TCEQ application to be developed. Identify all local, state and federal permits and approval requirements.

DOJ_0152278

Amendment No. 3
Exhibit C

5. <u>Solids management</u>.    Develop a layout, flow diagram and capacity for sludge management for the WWTP.

6. <u>Preliminary Engineering Report.</u> Prepare an engineering report summarizing the results and recommendations.  At a minimum the report should address:
   a. Evaluation of treatment process alternatives and recommendation on process design for the facility.
   b. Evaluation of alternatives and recommendation for the future phases of the facility.
   c. Conceptual design for the proposed improvements and ultimate phases.
   d. Alternatives for disinfection.
   e. Alternatives for solids handling.
   f. Alternatives for noise and odor control.
   g. Alternatives for SCADA and instrumentation improvements.
   h. Opinion of probable construction cost for the project.
   i. Schedule for permit process, design and construction.

**FEE ESTIMATE**

The estimate to provide the preliminary engineering services described herein is summarized below:

Collection System Evaluation and Planning
Lift Stations
WWTP Preliminary Engineering
**Total**                                                                           **$750,000**

End of Exhibit C

DOJ_0152279

DOJ_0152280



## BRIONES
### CONSULTING & ENGINEERING LTD

**Rolando H. Briones, Jr., P.E., MBA**

President / CEO

www.brionesengineering.com

## SAN ANTONIO

8118 Broadway
San Antonio, TX 78209
(210) 828-1431
(210) 828-1432 – fax
(210) 393-7659 – cell

## HOUSTON

4515 Briar Hollow Place, Suite 106
Houston, TX 77027
(713) 539-6408
(713) 583-0390 – fax

 PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.

DOJ_0152281

DOJ_0152282