| | |
|---|---|
| **From:** | Rolando Briones <rbriones@brionesengineering.com> |
| **Sent:** | Wednesday, December 3, 2014 2:18 PM |
| **To:** | Leo Lopez |
| **Subject:** | Fwd: Final Invoice - Project Conclusion - Weslaco WTP |
| **Attachments:** | image001.jpg; Untitled attachment 06284.htm; 20141203125744227.pdf; Untitled attachment 06287.htm; PastedGraphic-1.tiff; Untitled attachment 06290.htm |

Begin forwarded message:

**From:** "Richard LeFevre" <richard@lefevregroup.net>
**To:** "'Rolando Briones'" <rbriones@brionesengineering.com>
**Cc:** <ewalker@weslacotx.gov>, "'David Salinas'" <dsalinas@weslacotx.gov>, "'Mardoqueo Hinojosa'" <mhinojosa@weslacotx.gov>, <milo@lefevregroup.net>, <eddie@lefevregroup.net>
**Subject: Final Invoice - Project Conclusion - Weslaco WTP**
**Date:** December 3, 2014 at 1:04:32 PM CST

Rolando,

Please see attached letter regarding the aforementioned project.

We appreciate the opportunity to provide the services rendered.  If you have any questions, please feel free to contact me.

Respectfully,

Richard LeFevre, PE

1

GOVERNMENT
EXHIBIT
**219**