| AC Cuellar-John Cuellar Cell Phone Analysis (By Month) | |
|---|---|
| Month | Contacts |
| TOTAL | 8526 |
| 01/2010 | 176 |
| 02/2010 | 116 |
| 03/2010 | 276 |
| 12/2010 | 131 |
| 04/2010 | 231 |
| 05/2010 | 250 |
| 06/2010 | 163 |
| 07/2010 | 80 |
| 08/2010 | 133 |
| 09/2010 | 107 |
| 10/2010 | 215 |
| 11/2010 | 189 |
| 01/2011 | 203 |
| 02/2011 | 128 |
| 03/2011 | 165 |
| 04/2011 | 234 |
| 05/2011 | 284 |
| 06/2011 | 202 |
| 07/2011 | 101 |
| 08/2011 | 160 |
| 09/2011 | 105 |
| 10/2011 | 204 |
| 11/2011 | 136 |
| 12/2011 | 98 |
| 01/2012 | 200 |
| 02/2012 | 180 |
| 03/2012 | 120 |
| 04/2012 | 141 |
| 05/2012 | 172 |
| 06/2012 | 178 |
| 07/2012 | 102 |
| 08/2012 | 143 |
| 09/2012 | 71 |
| 10/2012 | 143 |
| 11/2012 | 130 |
| 12/2012 | 110 |
| 01/2013 | 80 |
| 02/2013 | 112 |
| 03/2013 | 31 |
| 04/2013 | 79 |
| 05/2013 | 88 |
| 06/2013 | 54 |
| 07/2013 | 110 |
| 08/2013 | 135 |
| 09/2013 | 125 |
| 10/2013 | 111 |
| 11/2013 | 153 |
| 12/2013 | 101 |
| 01/2014 | 80 |
| 02/2014 | 89 |
| 03/2014 | 46 |
| 04/2014 | 17 |
| 05/2014 | 65 |
| 06/2014 | 81 |
| 07/2014 | 109 |
| 08/2014 | 146 |
| 09/2014 | 125 |
| 10/2014 | 177 |
| 11/2014 | 175 |
| 12/2014 | 64 |
| 01/2015 | 64 |
| 02/2015 | 40 |
| 03/2015 | 60 |
| 04/2015 | 62 |
| 05/2015 | 55 |
| 06/2015 | 34 |
| 07/2015 | 21 |
| 08/2015 | 30 |
| 09/2015 | 11 |
| 10/2015 | 12 |
| 11/2015 | 6 |
| 12/2015 | 1 |

| AC Cuellar-John Cuellar Cell Phone Analysis (By Year) | |
|---|---|
| Year | Contacts |
| TOTAL | 8526 |
| 2010 | 2067 |
| 2011 | 2020 |
| 2012 | 1690 |
| 2013 | 1179 |
| 2014 | 1174 |
| 2015 | 396 |

Gov't Exhibit 137