

M-19-0522 Quintanilla, et al
Government Exhibit 138
1A170 AT&T